## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Jason B. Cavanaugh  
      Demi L. Cavanaugh fka Demi Lyn Ruppert

BK NO. 21-01678 HWV

Chapter 13

          Debtor(s)

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                        Respectfully submitted,

/s/ *Denise Carlon*  
Denise Carlon  
05 Aug 2021, 11:45:09, EDT

        KML Law Group, P.C.  
        BNY Mellon Independence Center  
        701 Market Street, Suite 5000  
        Philadelphia, PA 19106  
        215-627-1322