IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Jason B. Cavanaugh and　　　　　　　　Case No. 1:21-bk-01678-HWV
Demi L. Cavanaugh fka　　　　　　　　Chapter 13
 Demi Lyn Ruppert

MOTION TO EXTEND TIME
TO FILE ALL REMAINING DOCUMENTS

AND NOW, this 12th day of August, 2021, come the above Debtors, by their counsel, E. Haley Rohrbaugh, Esquire and CGA Law Firm, and file the within Motion averring that:

1. The within Motion is brought pursuant to Bankruptcy Rule 1007 in that it seeks to extend the time in which the Debtors must file all remaining documents.

2. The above-captioned case is a voluntary Chapter 13 petition, which was filed as an emergency on July 29, 2021.

3. Due to the expedited and hurried nature in which this petition was filed, and due to gathering all information to complete this filing, there is insufficient time for the Debtors to gather all necessary information and to complete all remaining documents by the due date.

4. The Debtors request an extension of twenty (20) days to complete and file all remaining documents.

WHEREFORE, the Debtors request an extension of time of twenty (20) days in which to file all appropriate documents to accompany their bankruptcy petition.

　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　CGA Law Firm


　　　　　　　　　　　　　　　By: *E. Haley Rohrbaugh* _____
　　　　　　　　　　　　　　　　　　E. Haley Rohrbaugh, Esquire
　　　　　　　　　　　　　　　　　　Sup. Ct. ID No. 323803
　　　　　　　　　　　　　　　　　　135 N. George Street
　　　　　　　　　　　　　　　　　　York, PA 17401
　　　　　　　　　　　　　　　　　　Telephone: 717-848-4900
　　　　　　　　　　　　　　　　　　Fax: 717-843-9039
　　　　　　　　　　　　　　　　　　(Counsel for Debtors)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Jason B. Cavanaugh and　　　　　　Case No. 1:21-bk-01678-HWV
Demi L. Cavanaugh fka　　　　　　Chapter 13
 Demi Lyn Ruppert

## ORDER EXTENDING TIME TO
## FILE ALL REMAINING DOCUMENTS

AND NOW, upon consideration of the Motion filed by the Debtors seeking to have the time in which to file all remaining documents extended, it is hereby

ORDERED that the time within which the Debtors must file all remaining documents be extended an additional twenty (20 ) days.

BY THE COURT,