IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jason B. Cavanaugh<br>Demi L. Cavanaugh fka Demi Lyn Ruppert<br>　　　　　　　　　　Debtor(s)<br><br>PENNYMAC LOAN SERVICES, LLC<br>　　　　　　　　　　Movant<br>　　　vs.<br><br>Jason B. Cavanaugh<br>Demi L. Cavanaugh fka Demi Lyn Ruppert<br>　　　　　　　　　　Debtor(s)<br><br>Jack N. Zaharopoulos,<br>　　　　　　　　　　Trustee | BK NO. 21-01678 HWV<br><br>Chapter 13 |

## CERTIFICATE OF SERVICE

I, Rebecca A. Solarz, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>August 17, 2021</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Jason B. Cavanaugh
18 Barberry Court
Manchester, PA 17345

Demi L. Cavanaugh fka Demi Lyn Ruppert
18 Barberry Court
Manchester, PA 17345

Attorney for Debtor(s)
Elizabeth Haley Rohrbaugh, CGA Law Firm
135 North George Street
York, PA 17401

Trustee
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: <u>August 17, 2021</u>

　　　　　　　　　　　　　　　　　　　　**<u>/s/Rebecca A. Solarz, Esquire</u>**
　　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　　　Attorney I.D. 315936
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　215-825-6327
　　　　　　　　　　　　　　　　　　　　rsolarz@kmllawgroup.com