SRS Distribution Inc.   7440 S. Hwy 121   McKinney, TX 75070
Jason Cavanaugh   18 Barberry Court   Manchester, PA 17345

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Jason Cavanaugh | SRS Distribution Inc. | 088435 | 04/25/2021 | 05/01/2021 | 05/07/2021 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 0.00 | 1,369.18 | 164.80 | 172.19 | 30.03 | 1,002.16 |
| YTD | 0.00 | 24,884.34 | 2,928.23 | 3,300.22 | 540.54 | 18,115.35 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Group Term Life | 04/25/2021-05/01/2021 | 0 | 0 | 0.69 | 12.42 |
| Holiday Pay | | | | | 269.24 |
| Personal Pay | | | | | 269.24 |
| Safety Coord Bo | | | | | 522.00 |
| Salary Pay | 04/25/2021-05/01/2021 | 40 | 34.16 | 1,366.35 | 22,696.12 |
| STD (Grossed-up Amount) | 04/25/2021-05/01/2021 | 0 | 0 | 2.83 | 50.81 |
| Vacation | | | | | 1,076.93 |
| Earnings | | | | 1,369.87 | 24,896.76 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 75.56 | 1,374.94 |
| Medicare | 17.67 | 321.56 |
| Federal Withholding | 24.49 | 612.79 |
| State Tax - PA | 37.42 | 680.81 |
| SUI-Employee Paid - PA | 0.82 | 14.94 |
| City Tax - YORK | 15.23 | 277.18 |
| PA LST - YORK | 1.00 | 18.00 |
| Employee Taxes | 172.19 | 3,300.22 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Pre-Tax | 13.67 | 207.89 |
| Dental | 24.52 | 441.36 |
| Medical | 121.15 | 2,180.70 |
| Vision | 5.46 | 98.28 |
| Pre Tax Deductions | 164.80 | 2,928.23 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Loan Repayment (LOAN 1) | 20.88 | 375.84 |
| Employee AD&D | 0.06 | 1.08 |
| Long Term Disability - EE | 7.36 | 132.48 |
| Supplemental Life | 1.73 | 31.14 |
| Post Tax Deductions | 30.03 | 540.54 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401(k) Employer Match | 13.67 | 207.89 |
| Basic Life - ER | 1.63 | 29.34 |
| Medical ER | 264.71 | 4,764.78 |
| Employer Paid Benefits | 280.01 | 5,002.01 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,218.74 | 22,176.42 |
| Medicare - Taxable Wages | 1,218.74 | 22,176.42 |
| Federal Withholding - Taxable Wages | 1,205.07 | 21,968.53 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Birthday | 0 | 0 | 8 |
| Intermittent FMLA (Unpaid) | 0 | 0 | 0 |
| Details Not Displayed | 0 | 0 | 72 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| MEMBERS FIRST FEDERAL CREDIT UNI | Our joint Account | ******4417 | | 997.15 | USD |
| BB&T | BB&T ******7783 | ******7783 | | 5.01 | USD |

SRS Distribution Inc.   7440 S. Hwy 121   McKinney, TX 75070
Jason Cavanaugh   18 Barberry Court   Manchester, PA 17345

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Jason Cavanaugh | SRS Distribution Inc. | 088435 | 05/02/2021 | 05/08/2021 | 05/14/2021 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 0.00 | 1,369.18 | 164.80 | 172.19 | 30.03 | 1,002.16 |
| YTD | 0.00 | 26,253.52 | 3,093.03 | 3,472.41 | 570.57 | 19,117.51 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Group Term Life | 05/02/2021-05/08/2021 | 0 | 0 | 0.69 | 13.11 |
| Holiday Pay | | | | | 269.24 |
| Personal Pay | | | | | 269.24 |
| Safety Coord Bo | | | | | 522.00 |
| Salary Pay | 05/02/2021-05/08/2021 | 40 | 34.16 | 1,366.35 | 24,062.47 |
| STD (Grossed-up Amount) | 05/02/2021-05/08/2021 | 0 | 0 | 2.83 | 53.64 |
| Vacation | | | | | 1,076.93 |
| Earnings | | | | 1,369.87 | 26,266.63 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 75.56 | 1,450.50 |
| Medicare | 17.67 | 339.23 |
| Federal Withholding | 24.49 | 637.28 |
| State Tax - PA | 37.42 | 718.23 |
| SUI-Employee Paid - PA | 0.82 | 15.76 |
| City Tax - YORK | 15.23 | 292.41 |
| PA LST - YORK | 1.00 | 19.00 |
| Employee Taxes | 172.19 | 3,472.41 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Pre-Tax | 13.67 | 221.56 |
| Dental | 24.52 | 465.88 |
| Medical | 121.15 | 2,301.85 |
| Vision | 5.46 | 103.74 |
| Pre Tax Deductions | 164.80 | 3,093.03 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Loan Repayment (LOAN 1) | 20.88 | 396.72 |
| Employee AD&D | 0.06 | 1.14 |
| Long Term Disability - EE | 7.36 | 139.84 |
| Supplemental Life | 1.73 | 32.87 |
| Post Tax Deductions | 30.03 | 570.57 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401(k) Employer Match | 13.67 | 221.56 |
| Basic Life - ER | 1.63 | 30.97 |
| Medical ER | 264.71 | 5,029.49 |
| Employer Paid Benefits | 280.01 | 5,282.02 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,218.74 | 23,395.16 |
| Medicare - Taxable Wages | 1,218.74 | 23,395.16 |
| Federal Withholding - Taxable Wages | 1,205.07 | 23,173.60 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Birthday | 0 | 0 | 8 |
| Intermittent FMLA (Unpaid) | 0 | 0 | 0 |
| Details Not Displayed | 0 | 0 | 72 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| MEMBERS FIRST FEDERAL CREDIT UNI | Our joint Account | ******4417 | | 997.15 | USD |
| BB&T | BB&T ******7783 | ******7783 | | 5.01 | USD |

SRS Distribution Inc.  7440 S. Hwy 121  McKinney, TX 75070
Jason Cavanaugh  18 Barberry Court  Manchester, PA 17345

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Jason Cavanaugh | SRS Distribution Inc. | 088435 | 05/09/2021 | 05/15/2021 | 05/21/2021 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 0.00 | 1,495.18 | 166.06 | 214.80 | 30.03 | 1,084.29 |
| YTD | 0.00 | 27,748.70 | 3,259.09 | 3,687.21 | 600.60 | 20,201.80 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Group Term Life | 05/09/2021-05/15/2021 | 0 | 0 | 0.69 | 13.80 |
| Holiday Pay | | | | | 269.24 |
| Personal Pay | | | | | 269.24 |
| Safety Coord Bo | 05/09/2021-05/15/2021 | 0 | 0 | 126.00 | 648.00 |
| Salary Pay | 05/09/2021-05/15/2021 | 0 | 34.16 | 0.00 | 24,062.47 |
| STD (Grossed-up Amount) | 05/09/2021-05/15/2021 | 0 | 0 | 2.83 | 56.47 |
| Vacation | 05/09/2021-05/15/2021 | 40 | 34.1587 | 1,366.35 | 2,443.28 |
| Earnings | | | | 1,495.87 | 27,762.50 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 83.37 | 1,533.87 |
| Medicare | 19.50 | 358.73 |
| Federal Withholding | 51.94 | 689.22 |
| State Tax - PA | 41.28 | 759.51 |
| SUI-Employee Paid - PA | 0.90 | 16.66 |
| City Tax - YORK | 16.81 | 309.22 |
| PA LST - YORK | 1.00 | 20.00 |
| Employee Taxes | 214.80 | 3,687.21 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Pre-Tax | 14.93 | 236.49 |
| Dental | 24.52 | 490.40 |
| Medical | 121.15 | 2,423.00 |
| Vision | 5.46 | 109.20 |
| Pre Tax Deductions | 166.06 | 3,259.09 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Loan Repayment (LOAN 1) | 20.88 | 417.60 |
| Employee AD&D | 0.06 | 1.20 |
| Long Term Disability - EE | 7.36 | 147.20 |
| Supplemental Life | 1.73 | 34.60 |
| Post Tax Deductions | 30.03 | 600.60 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401(k) Employer Match | 14.93 | 236.49 |
| Basic Life - ER | 1.63 | 32.60 |
| Medical ER | 264.71 | 5,294.20 |
| Employer Paid Benefits | 281.27 | 5,563.29 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,344.74 | 24,739.90 |
| Medicare - Taxable Wages | 1,344.74 | 24,739.90 |
| Federal Withholding - Taxable Wages | 1,329.81 | 24,503.41 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Birthday | 0 | 0 | 8 |
| Intermittent FMLA (Unpaid) | 0 | 0 | 0 |
| Details Not Displayed | 0 | 40 | 32 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| MEMBERS FIRST FEDERAL CREDIT UNI | Our joint Account | ******4417 | | 1,078.87 | USD |
| BB&T | BB&T ******7783 | ******7783 | | 5.42 | USD |

SRS Distribution Inc. 7440 S. Hwy 121 McKinney, TX 75070
Jason Cavanaugh 18 Barberry Court Manchester, PA 17345

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Jason Cavanaugh | SRS Distribution Inc. | 088435 | 05/16/2021 | 05/22/2021 | 05/28/2021 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 0.00 | 1,369.15 | 164.80 | 172.17 | 30.03 | 1,002.15 |
| YTD | 0.00 | 29,117.85 | 3,423.89 | 3,859.38 | 630.63 | 21,203.95 |

| Earnings | | | | | |
|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD |
| Group Term Life | 05/16/2021-05/22/2021 | 0 | 0 | 0.69 | 14.49 |
| Holiday Pay | | | | | 269.24 |
| Personal Pay | | | | | 269.24 |
| Safety Coord Bo | | | | | 648.00 |
| Salary Pay | 05/16/2021-05/22/2021 | 40 | 34.16 | 1,366.35 | 25,428.82 |
| STD (Grossed-up Amount) | 05/16/2021-05/22/2021 | 0 | 0 | 2.80 | 59.27 |
| Vacation | | | | | 2,443.28 |
| Earnings | | | | 1,369.84 | 29,132.34 |

| Employee Taxes | | |
|---|---|---|
| Description | Amount | YTD |
| Social Security | 75.56 | 1,609.43 |
| Medicare | 17.67 | 376.40 |
| Federal Withholding | 24.48 | 713.70 |
| State Tax - PA | 37.41 | 796.92 |
| SUI-Employee Paid - PA | 0.82 | 17.48 |
| City Tax - YORK | 15.23 | 324.45 |
| PA LST - YORK | 1.00 | 21.00 |
| Employee Taxes | 172.17 | 3,859.38 |

| Pre Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| 401(k) Pre-Tax | 13.67 | 250.16 |
| Dental | 24.52 | 514.92 |
| Medical | 121.15 | 2,544.15 |
| Vision | 5.46 | 114.66 |
| Pre Tax Deductions | 164.80 | 3,423.89 |

| Post Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| 401(k) Loan Repayment (LOAN 1) | 20.88 | 438.48 |
| Employee AD&D | 0.06 | 1.26 |
| Long Term Disability - EE | 7.36 | 154.56 |
| Supplemental Life | 1.73 | 36.33 |
| Post Tax Deductions | 30.03 | 630.63 |

| Employer Paid Benefits | | |
|---|---|---|
| Description | Amount | YTD |
| 401(k) Employer Match | 13.67 | 250.16 |
| Basic Life - ER | 1.63 | 34.23 |
| Medical ER | 264.71 | 5,558.91 |
| Employer Paid Benefits | 280.01 | 5,843.30 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 1,218.71 | 25,958.61 |
| Medicare - Taxable Wages | 1,218.71 | 25,958.61 |
| Federal Withholding - Taxable Wages | 1,205.04 | 25,708.45 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

| Absence Plans | | | |
|---|---|---|---|
| Description | Accrued | Reduced | Available |
| Birthday | 0 | 0 | 8 |
| Intermittent FMLA (Unpaid) | 0 | 0 | 0 |
| Details Not Displayed | 0 | 0 | 32 |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
| MEMBERS FIRST FEDERAL CREDIT UNI | Our joint Account | ******4417 | | 997.14 | USD |
| BB&T | BB&T ******7783 | ******7783 | | 5.01 | USD |

SRS Distribution Inc.   7440 S. Hwy 121   McKinney, TX 75070
Jason Cavanaugh   18 Barberry Court   Manchester, PA 17345

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Jason Cavanaugh | SRS Distribution Inc. | 088435 | 05/23/2021 | 05/29/2021 | 06/04/2021 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 0.00 | 1,369.15 | 164.80 | 172.17 | 30.03 | 1,002.15 |
| YTD | 0.00 | 30,487.00 | 3,588.69 | 4,031.55 | 660.66 | 22,206.10 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Birthday | 05/23/2021-05/29/2021 | 8 | 34.1587 | 273.27 | 273.27 |
| Group Term Life | 05/23/2021-05/29/2021 | 0 | 0 | 0.69 | 15.18 |
| Holiday Pay | | | | | 269.24 |
| Personal Pay | | | | | 269.24 |
| Safety Coord Bo | | | | | 648.00 |
| Salary Pay | 05/23/2021-05/29/2021 | 32 | 34.16 | 1,093.08 | 26,521.90 |
| STD (Grossed-up Amount) | 05/23/2021-05/29/2021 | 0 | 0 | 2.80 | 62.07 |
| Vacation | | | | | 2,443.28 |
| Earnings | | | | 1,369.84 | 30,502.18 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 75.56 | 1,684.99 |
| Medicare | 17.67 | 394.07 |
| Federal Withholding | 24.48 | 738.18 |
| State Tax - PA | 37.41 | 834.33 |
| SUI-Employee Paid - PA | 0.82 | 18.30 |
| City Tax - YORK | 15.23 | 339.68 |
| PA LST - YORK | 1.00 | 22.00 |
| Employee Taxes | 172.17 | 4,031.55 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Pre-Tax | 13.67 | 263.83 |
| Dental | 24.52 | 539.44 |
| Medical | 121.15 | 2,665.30 |
| Vision | 5.46 | 120.12 |
| Pre Tax Deductions | 164.80 | 3,588.69 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Loan Repayment (LOAN 1) | 20.88 | 459.36 |
| Employee AD&D | 0.06 | 1.32 |
| Long Term Disability - EE | 7.36 | 161.92 |
| Supplemental Life | 1.73 | 38.06 |
| Post Tax Deductions | 30.03 | 660.66 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401(k) Employer Match | 13.67 | 263.83 |
| Basic Life - ER | 1.63 | 35.86 |
| Medical ER | 264.71 | 5,823.62 |
| Employer Paid Benefits | 280.01 | 6,123.31 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,218.71 | 27,177.32 |
| Medicare - Taxable Wages | 1,218.71 | 27,177.32 |
| Federal Withholding - Taxable Wages | 1,205.04 | 26,913.49 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Birthday | 0 | 8 | 0 |
| Intermittent FMLA (Unpaid) | 0 | 0 | 0 |
| Details Not Displayed | 0 | 0 | 32 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| MEMBERS FIRST FEDERAL CREDIT UNI | Our joint Account | ******4417 | | 997.14 | USD |
| BB&T | BB&T ******7783 | ******7783 | | 5.01 | USD |

SRS Distribution Inc. 7440 S. Hwy 121 McKinney, TX 75070
Jason Cavanaugh 18 Barberry Court Manchester, PA 17345

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Jason Cavanaugh | SRS Distribution Inc. | 088435 | 05/30/2021 | 06/05/2021 | 06/11/2021 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 0.00 | 1,369.15 | 164.80 | 172.17 | 30.03 | 1,002.15 |
| YTD | 0.00 | 31,856.15 | 3,753.49 | 4,203.72 | 690.69 | 23,208.25 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Birthday | | | | | 273.27 |
| Group Term Life | 05/30/2021-06/05/2021 | 0 | 0 | 0.69 | 15.87 |
| Holiday Pay | 05/30/2021-06/05/2021 | 8 | 34.1587 | 273.27 | 542.51 |
| Personal Pay | | | | | 269.24 |
| Safety Coord Bo | | | | | 648.00 |
| Salary Pay | 05/30/2021-06/05/2021 | 32 | 34.16 | 1,093.08 | 27,614.98 |
| STD (Grossed-up Amount) | 05/30/2021-06/05/2021 | 0 | 0 | 2.80 | 64.87 |
| Vacation | | | | | 2,443.28 |
| Earnings | | | | 1,369.84 | 31,872.02 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 75.56 | 1,760.55 |
| Medicare | 17.67 | 411.74 |
| Federal Withholding | 24.48 | 762.66 |
| State Tax - PA | 37.41 | 871.74 |
| SUI-Employee Paid - PA | 0.82 | 19.12 |
| City Tax - YORK | 15.23 | 354.91 |
| PA LST - YORK | 1.00 | 23.00 |
| Employee Taxes | 172.17 | 4,203.72 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Pre-Tax | 13.67 | 277.50 |
| Dental | 24.52 | 563.96 |
| Medical | 121.15 | 2,786.45 |
| Vision | 5.46 | 125.58 |
| Pre Tax Deductions | 164.80 | 3,753.49 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Loan Repayment (LOAN 1) | 20.88 | 480.24 |
| Employee AD&D | 0.06 | 1.38 |
| Long Term Disability - EE | 7.36 | 169.28 |
| Supplemental Life | 1.73 | 39.79 |
| Post Tax Deductions | 30.03 | 690.69 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401(k) Employer Match | 13.67 | 277.50 |
| Basic Life - ER | 1.63 | 37.49 |
| Medical ER | 264.71 | 6,088.33 |
| Employer Paid Benefits | 280.01 | 6,403.32 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,218.71 | 28,396.03 |
| Medicare - Taxable Wages | 1,218.71 | 28,396.03 |
| Federal Withholding - Taxable Wages | 1,205.04 | 28,118.53 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Birthday | 0 | 0 | 0 |
| Intermittent FMLA (Unpaid) | 0 | 0 | 0 |
| Details Not Displayed | 104 | 0 | 120 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| MEMBERS FIRST FEDERAL CREDIT UNI | Our joint Account | ******4417 | | 997.14 | USD |
| BB&T | BB&T ******7783 | ******7783 | | 5.01 | USD |

SRS Distribution Inc. 7440 S. Hwy 121 McKinney, TX 75070
Jason Cavanaugh 18 Barberry Court Manchester, PA 17345

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Jason Cavanaugh | SRS Distribution Inc. | 088435 | 06/06/2021 | 06/12/2021 | 06/18/2021 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 0.00 | 1,369.18 | 164.80 | 171.20 | 30.03 | 1,003.15 |
| YTD | 0.00 | 35,917.83 | 3,945.22 | 5,286.27 | 720.72 | 25,965.62 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Birthday | | | | | 273.27 |
| EGIP Dividend Disb | | | | | 2,692.50 |
| Group Term Life | 06/06/2021-06/12/2021 | 0 | 0 | 0.69 | 16.56 |
| Holiday Pay | | | | | 542.51 |
| Personal Pay | | | | | 269.24 |
| Safety Coord Bo | | | | | 648.00 |
| Salary Pay | 06/06/2021-06/12/2021 | 40 | 34.16 | 1,366.35 | 28,981.33 |
| STD (Grossed-up Amount) | 06/06/2021-06/12/2021 | 0 | 0 | 2.83 | 67.70 |
| Vacation | | | | | 2,443.28 |
| Earnings | | | | 1,369.87 | 35,934.39 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 75.56 | 2,003.05 |
| Medicare | 17.68 | 468.46 |
| Federal Withholding | 24.49 | 1,373.58 |
| State Tax - PA | 37.42 | 991.82 |
| SUI-Employee Paid - PA | 0.82 | 21.56 |
| City Tax - YORK | 15.23 | 403.80 |
| PA LST - YORK | | 24.00 |
| Employee Taxes | 171.20 | 5,286.27 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Pre-Tax | 13.67 | 318.10 |
| Dental | 24.52 | 588.48 |
| Medical | 121.15 | 2,907.60 |
| Vision | 5.46 | 131.04 |
| Pre Tax Deductions | 164.80 | 3,945.22 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Loan Repayment (LOAN 1) | 20.88 | 501.12 |
| Employee AD&D | 0.06 | 1.44 |
| Long Term Disability - EE | 7.36 | 176.64 |
| Supplemental Life | 1.73 | 41.52 |
| Post Tax Deductions | 30.03 | 720.72 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401(k) Employer Match | 13.67 | 318.10 |
| Basic Life - ER | 1.63 | 39.12 |
| Medical ER | 264.71 | 6,353.04 |
| Employer Paid Benefits | 280.01 | 6,710.26 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,218.74 | 32,307.27 |
| Medicare - Taxable Wages | 1,218.74 | 32,307.27 |
| Federal Withholding - Taxable Wages | 1,205.07 | 31,989.17 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Birthday | 0 | 0 | 0 |
| Intermittent FMLA (Unpaid) | 0 | 0 | 0 |
| Details Not Displayed | 0 | 0 | 120 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| MEMBERS FIRST FEDERAL CREDIT UNI | Our joint Account | ******4417 | | 998.13 | USD |
| BB&T | BB&T ******7783 | ******7783 | | 5.02 | USD |

SRS Distribution Inc. 7440 S. Hwy 121 McKinney, TX 75070
Jason Cavanaugh 18 Barberry Court Manchester, PA 17345

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Jason Cavanaugh | SRS Distribution Inc. | 088435 | 06/06/2021 | 06/12/2021 | 06/18/2021 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 0.00 | 2,692.50 | 26.93 | 911.35 | 0.00 | 1,754.22 |
| YTD | 0.00 | 34,548.65 | 3,780.42 | 5,115.07 | 690.69 | 24,962.47 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Birthday | | | | | 273.27 |
| EGIP Dividend Disb | 06/06/2021-06/12/2021 | 0 | 0 | 2,692.50 | 2,692.50 |
| Group Term Life | | | | | 15.87 |
| Holiday Pay | | | | | 542.51 |
| Personal Pay | | | | | 269.24 |
| Safety Coord Bo | | | | | 648.00 |
| Salary Pay | | | | | 27,614.98 |
| STD (Grossed-up Amount) | | | | | 64.87 |
| Vacation | | | | | 2,443.28 |
| Earnings | | | | 2,692.50 | 34,564.52 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 166.94 | 1,927.49 |
| Medicare | 39.04 | 450.78 |
| Federal Withholding | 586.43 | 1,349.09 |
| State Tax - PA | 82.66 | 954.40 |
| SUI-Employee Paid - PA | 1.62 | 20.74 |
| City Tax - YORK | 33.66 | 388.57 |
| PA LST - YORK | 1.00 | 24.00 |
| Employee Taxes | 911.35 | 5,115.07 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Pre-Tax | 26.93 | 304.43 |
| Dental | | 563.96 |
| Medical | | 2,786.45 |
| Vision | | 125.58 |
| Pre Tax Deductions | 26.93 | 3,780.42 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Loan Repayment (LOAN 1) | | 480.24 |
| Employee AD&D | | 1.38 |
| Long Term Disability - EE | | 169.28 |
| Supplemental Life | | 39.79 |
| Post Tax Deductions | 0.00 | 690.69 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401(k) Employer Match | 26.93 | 304.43 |
| Basic Life - ER | | 37.49 |
| Medical ER | | 6,088.33 |
| Employer Paid Benefits | 26.93 | 6,430.25 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,692.50 | 31,088.53 |
| Medicare - Taxable Wages | 2,692.50 | 31,088.53 |
| Federal Withholding - Taxable Wages | 2,665.57 | 30,784.10 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Birthday | 0 | 0 | 0 |
| Intermittent FMLA (Unpaid) | 0 | 0 | 0 |
| Details Not Displayed | 0 | 0 | 120 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| MEMBERS FIRST FEDERAL CREDIT UNI | Our joint Account | ******4417 | | 1,745.45 | USD |
| BB&T | BB&T ******7783 | ******7783 | | 8.77 | USD |

SRS Distribution Inc.  7440 S. Hwy 121  McKinney, TX 75070
Jason Cavanaugh  18 Barberry Court  Manchester, PA 17345

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Jason Cavanaugh | SRS Distribution Inc. | 088435 | 06/13/2021 | 06/19/2021 | 06/25/2021 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 0.00 | 1,495.19 | 166.06 | 214.80 | 30.03 | 1,084.30 |
| YTD | 0.00 | 37,413.02 | 4,111.28 | 5,501.07 | 750.75 | 27,049.92 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Birthday | | | | | 273.27 |
| EGIP Dividend Disb | | | | | 2,692.50 |
| Group Term Life | 06/13/2021-06/19/2021 | 0 | 0 | 0.69 | 17.25 |
| Holiday Pay | | | | | 542.51 |
| Personal Pay | | | | | 269.24 |
| Safety Coord Bo | 06/13/2021-06/19/2021 | 0 | 0 | 126.00 | 774.00 |
| Salary Pay | 06/13/2021-06/19/2021 | 40 | 34.16 | 1,366.35 | 30,347.68 |
| STD (Grossed-up Amount) | 06/13/2021-06/19/2021 | 0 | 0 | 2.84 | 70.54 |
| Vacation | | | | | 2,443.28 |
| Earnings | | | | 1,495.88 | 37,430.27 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 83.38 | 2,086.43 |
| Medicare | 19.49 | 487.95 |
| Federal Withholding | 51.94 | 1,425.52 |
| State Tax - PA | 41.28 | 1,033.10 |
| SUI-Employee Paid - PA | 0.90 | 22.46 |
| City Tax - YORK | 16.81 | 420.61 |
| PA LST - YORK | 1.00 | 25.00 |
| Employee Taxes | 214.80 | 5,501.07 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Pre-Tax | 14.93 | 333.03 |
| Dental | 24.52 | 613.00 |
| Medical | 121.15 | 3,028.75 |
| Vision | 5.46 | 136.50 |
| Pre Tax Deductions | 166.06 | 4,111.28 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Loan Repayment (LOAN 1) | 20.88 | 522.00 |
| Employee AD&D | 0.06 | 1.50 |
| Long Term Disability - EE | 7.36 | 184.00 |
| Supplemental Life | 1.73 | 43.25 |
| Post Tax Deductions | 30.03 | 750.75 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401(k) Employer Match | 14.93 | 333.03 |
| Basic Life - ER | 1.63 | 40.75 |
| Medical ER | 264.71 | 6,617.75 |
| Employer Paid Benefits | 281.27 | 6,991.53 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,344.75 | 33,652.02 |
| Medicare - Taxable Wages | 1,344.75 | 33,652.02 |
| Federal Withholding - Taxable Wages | 1,329.82 | 33,318.99 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Birthday | 0 | 0 | 0 |
| Intermittent FMLA (Unpaid) | 0 | 0 | 0 |
| Details Not Displayed | 0 | 0 | 120 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| MEMBERS FIRST FEDERAL CREDIT UNI | Our joint Account | ******4417 | | 1,078.88 | USD |
| BB&T | BB&T ******7783 | ******7783 | | 5.42 | USD |

SRS Distribution Inc.  7440 S. Hwy 121  McKinney, TX 75070
Jason Cavanaugh  18 Barberry Court  Manchester, PA 17345

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Jason Cavanaugh | SRS Distribution Inc. | 088435 | 06/20/2021 | 06/26/2021 | 07/02/2021 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 0.00 | 1,369.19 | 178.46 | 169.19 | 30.03 | 991.51 |
| YTD | 0.00 | 38,782.21 | 4,289.74 | 5,670.26 | 780.78 | 28,041.43 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Birthday | | | | | 273.27 | Social Security | 75.56 | 2,161.99 |
| EGIP Dividend Disb | | | | | 2,692.50 | Medicare | 17.68 | 505.63 |
| Group Term Life | 06/20/2021-06/26/2021 | 0 | 0 | 0.69 | 17.94 | Federal Withholding | 21.48 | 1,447.00 |
| Holiday Pay | | | | | 542.51 | State Tax - PA | 37.42 | 1,070.52 |
| Personal Pay | | | | | 269.24 | SUI-Employee Paid - PA | 0.82 | 23.28 |
| Safety Coord Bo | | | | | 774.00 | City Tax - YORK | 15.23 | 435.84 |
| Salary Pay | 06/20/2021-06/26/2021 | 40 | 34.16 | 1,366.35 | 31,714.03 | PA LST - YORK | 1.00 | 26.00 |
| STD (Grossed-up Amount) | 06/20/2021-06/26/2021 | 0 | 0 | 2.84 | 73.38 | | | |
| Vacation | | | | | 2,443.28 | | | |
| Earnings | | | | 1,369.88 | 38,800.15 | Employee Taxes | 169.19 | 5,670.26 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) Pre-Tax | 27.33 | 360.36 | 401(k) Loan Repayment (LOAN 1) | 20.88 | 542.88 |
| Dental | 24.52 | 637.52 | Employee AD&D | 0.06 | 1.56 |
| Medical | 121.15 | 3,149.90 | Long Term Disability - EE | 7.36 | 191.36 |
| Vision | 5.46 | 141.96 | Supplemental Life | 1.73 | 44.98 |
| Pre Tax Deductions | 178.46 | 4,289.74 | Post Tax Deductions | 30.03 | 780.78 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) Employer Match | 27.33 | 360.36 | OASDI - Taxable Wages | 1,218.75 | 34,870.77 |
| Basic Life - ER | 1.63 | 42.38 | Medicare - Taxable Wages | 1,218.75 | 34,870.77 |
| Medical ER | 264.71 | 6,882.46 | Federal Withholding - Taxable Wages | 1,191.42 | 34,510.41 |
| Employer Paid Benefits | 293.67 | 7,285.20 | | | |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| | | | Description | Accrued | Reduced | Available |
| Marital Status | Married filing jointly (or Qualifying widow(er)) | | Birthday | 0 | 0 | 0 |
| Allowances | 0 | 0 | Intermittent FMLA (Unpaid) | 0 | 0 | 0 |
| Additional Withholding | 0 | 0 | Details Not Displayed | 0 | 0 | 120 |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
| MEMBERS FIRST FEDERAL CREDIT UNI | Our joint Account | ******4417 | | 986.55 | USD |
| BB&T | BB&T ******7783 | ******7783 | | 4.96 | USD |

SRS Distribution Inc.  7440 S. Hwy 121  McKinney, TX 75070
Jason Cavanaugh  18 Barberry Court  Manchester, PA 17345

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Jason Cavanaugh | SRS Distribution Inc. | | 088435 | 06/27/2021 | 07/03/2021 | 07/09/2021 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 0.00 | 1,369.18 | 178.46 | 169.18 | 30.03 | 991.51 |
| YTD | 0.00 | 40,151.39 | 4,468.20 | 5,839.44 | 810.81 | 29,032.94 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Birthday | | | | | 273.27 | Social Security | 75.56 | 2,237.55 |
| EGIP Dividend Disb | | | | | 2,692.50 | Medicare | 17.67 | 523.30 |
| Group Term Life | 06/27/2021-07/03/2021 | 0 | 0 | 0.69 | 18.63 | Federal Withholding | 21.48 | 1,468.48 |
| Holiday Pay | | | | | 542.51 | State Tax - PA | 37.42 | 1,107.94 |
| Personal Pay | | | | | 269.24 | SUI-Employee Paid - PA | 0.82 | 24.10 |
| Safety Coord Bo | | | | | 774.00 | City Tax - YORK | 15.23 | 451.07 |
| Salary Pay | 06/27/2021-07/03/2021 | 40 | 34.16 | 1,366.35 | 33,080.38 | PA LST - YORK | 1.00 | 27.00 |
| STD (Grossed-up Amount) | 06/27/2021-07/03/2021 | 0 | 0 | 2.83 | 76.21 | | | |
| Vacation | | | | | 2,443.28 | | | |
| Earnings | | | | 1,369.87 | 40,170.02 | Employee Taxes | 169.18 | 5,839.44 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) Pre-Tax | 27.33 | 387.69 | 401(k) Loan Repayment (LOAN 1) | 20.88 | 563.76 |
| Dental | 24.52 | 662.04 | Employee AD&D | 0.06 | 1.62 |
| Medical | 121.15 | 3,271.05 | Long Term Disability - EE | 7.36 | 198.72 |
| Vision | 5.46 | 147.42 | Supplemental Life | 1.73 | 46.71 |
| Pre Tax Deductions | 178.46 | 4,468.20 | Post Tax Deductions | 30.03 | 810.81 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) Employer Match | 27.33 | 387.69 | OASDI - Taxable Wages | 1,218.74 | 36,089.51 |
| Basic Life - ER | 1.63 | 44.01 | Medicare - Taxable Wages | 1,218.74 | 36,089.51 |
| Medical ER | 264.71 | 7,147.17 | Federal Withholding - Taxable Wages | 1,191.41 | 35,701.82 |
| Employer Paid Benefits | 293.67 | 7,578.87 | | | |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| | | | Description | Accrued | Reduced | Available |
| Marital Status | Married filing jointly (or Qualifying widow(er)) | | Birthday | 0 | 0 | 0 |
| Allowances | 0 | 0 | Intermittent FMLA (Unpaid) | 0 | 0 | 0 |
| Additional Withholding | 0 | 0 | Details Not Displayed | 0 | 0 | 120 |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
| MEMBERS FIRST FEDERAL CREDIT UNI | Our joint Account | ******4417 | | 986.55 | USD |
| BB&T | BB&T ******7783 | ******7783 | | 4.96 | USD |

SRS Distribution Inc.  7440 S. Hwy 121  McKinney, TX 75070
Jason Cavanaugh  18 Barberry Court  Manchester, PA 17345

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Jason Cavanaugh | SRS Distribution Inc. | 088435 | 07/04/2021 | 07/10/2021 | 07/16/2021 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 0.00 | 1,369.17 | 178.46 | 169.18 | 30.03 | 991.50 |
| YTD | 0.00 | 41,520.56 | 4,646.66 | 6,008.62 | 840.84 | 30,024.44 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Birthday | | | | | 273.27 |
| EGIP Dividend Disb | | | | | 2,692.50 |
| Group Term Life | 07/04/2021-07/10/2021 | 0 | 0 | 0.69 | 19.32 |
| Holiday Pay | 07/04/2021-07/10/2021 | 8 | 34.1587 | 273.27 | 815.78 |
| Personal Pay | | | | | 269.24 |
| Safety Coord Bo | | | | | 774.00 |
| Salary Pay | 07/04/2021-07/10/2021 | 32 | 34.16 | 1,093.08 | 34,173.46 |
| STD (Grossed-up Amount) | 07/04/2021-07/10/2021 | 0 | 0 | 2.82 | 79.03 |
| Vacation | | | | | 2,443.28 |
| Earnings | | | | 1,369.86 | 41,539.88 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 75.56 | 2,313.11 |
| Medicare | 17.67 | 540.97 |
| Federal Withholding | 21.48 | 1,489.96 |
| State Tax - PA | 37.42 | 1,145.36 |
| SUI-Employee Paid - PA | 0.82 | 24.92 |
| City Tax - YORK | 15.23 | 466.30 |
| PA LST - YORK | 1.00 | 28.00 |
| Employee Taxes | 169.18 | 6,008.62 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Pre-Tax | 27.33 | 415.02 |
| Dental | 24.52 | 686.56 |
| Medical | 121.15 | 3,392.20 |
| Vision | 5.46 | 152.88 |
| Pre Tax Deductions | 178.46 | 4,646.66 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Loan Repayment (LOAN 1) | 20.88 | 584.64 |
| Employee AD&D | 0.06 | 1.68 |
| Long Term Disability - EE | 7.36 | 206.08 |
| Supplemental Life | 1.73 | 48.44 |
| Post Tax Deductions | 30.03 | 840.84 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401(k) Employer Match | 27.33 | 415.02 |
| Basic Life - ER | 1.63 | 45.64 |
| Medical ER | 264.71 | 7,411.88 |
| Employer Paid Benefits | 293.67 | 7,872.54 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,218.73 | 37,308.24 |
| Medicare - Taxable Wages | 1,218.73 | 37,308.24 |
| Federal Withholding - Taxable Wages | 1,191.40 | 36,893.22 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Birthday | 0 | 0 | 0 |
| Intermittent FMLA (Unpaid) | 0 | 0 | 0 |
| Details Not Displayed | 0 | 0 | 120 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| MEMBERS FIRST FEDERAL CREDIT UNI | Our joint Account | ******4417 | | 986.54 | USD |
| BB&T | BB&T ******7783 | ******7783 | | 4.96 | USD |

SRS Distribution Inc.   7440 S. Hwy 121   McKinney, TX 75070
Jason Cavanaugh   18 Barberry Court   Manchester, PA 17345

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Jason Cavanaugh | SRS Distribution Inc. | 088435 | 07/11/2021 | 07/17/2021 | 07/23/2021 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 0.00 | 1,369.18 | 178.46 | 169.19 | 30.03 | 991.50 |
| YTD | 0.00 | 42,889.74 | 4,825.12 | 6,177.81 | 870.87 | 31,015.94 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Birthday | | | | | 273.27 |
| EGIP Dividend Disb | | | | | 2,692.50 |
| Group Term Life | 07/11/2021-07/17/2021 | 0 | 0 | 0.69 | 20.01 |
| Holiday Pay | | | | | 815.78 |
| Personal Pay | | | | | 269.24 |
| Safety Coord Bo | | | | | 774.00 |
| Salary Pay | 07/11/2021-07/17/2021 | 40 | 34.16 | 1,366.35 | 35,539.81 |
| STD (Grossed-up Amount) | 07/11/2021-07/17/2021 | 0 | 0 | 2.83 | 81.86 |
| Vacation | | | | | 2,443.28 |
| Earnings | | | | 1,369.87 | 42,909.75 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 75.56 | 2,388.67 |
| Medicare | 17.67 | 558.64 |
| Federal Withholding | 21.48 | 1,511.44 |
| State Tax - PA | 37.42 | 1,182.78 |
| SUI-Employee Paid - PA | 0.83 | 25.75 |
| City Tax - YORK | 15.23 | 481.53 |
| PA LST - YORK | 1.00 | 29.00 |
| Employee Taxes | 169.19 | 6,177.81 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Pre-Tax | 27.33 | 442.35 |
| Dental | 24.52 | 711.08 |
| Medical | 121.15 | 3,513.35 |
| Vision | 5.46 | 158.34 |
| Pre Tax Deductions | 178.46 | 4,825.12 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Loan Repayment (LOAN 1) | 20.88 | 605.52 |
| Employee AD&D | 0.06 | 1.74 |
| Long Term Disability - EE | 7.36 | 213.44 |
| Supplemental Life | 1.73 | 50.17 |
| Post Tax Deductions | 30.03 | 870.87 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401(k) Employer Match | 27.33 | 442.35 |
| Basic Life - ER | 1.63 | 47.27 |
| Medical ER | 264.71 | 7,676.59 |
| Employer Paid Benefits | 293.67 | 8,166.21 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,218.74 | 38,526.98 |
| Medicare - Taxable Wages | 1,218.74 | 38,526.98 |
| Federal Withholding - Taxable Wages | 1,191.41 | 38,084.63 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Birthday | 0 | 0 | 0 |
| Intermittent FMLA (Unpaid) | 0 | 0 | 0 |
| Details Not Displayed | 0 | 0 | 120 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| MEMBERS FIRST FEDERAL CREDIT UNI | Our joint Account | ******4417 | | 986.54 | USD |
| BB&T | BB&T ******7783 | ******7783 | | 4.96 | USD |

SRS Distribution Inc. 7440 S. Hwy 121 McKinney, TX 75070
Jason Cavanaugh 18 Barberry Court Manchester, PA 17345

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Jason Cavanaugh | SRS Distribution Inc. | 088435 | 07/18/2021 | 07/24/2021 | 07/30/2021 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 0.00 | 1,549.20 | 182.06 | 229.66 | 30.03 | 1,107.45 |
| YTD | 0.00 | 44,438.94 | 5,007.18 | 6,407.47 | 900.90 | 32,123.39 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Birthday | | | | | 273.27 |
| EGIP Dividend Disb | | | | | 2,692.50 |
| Group Term Life | 07/18/2021-07/24/2021 | 0 | 0 | 0.69 | 20.70 |
| Holiday Pay | | | | | 815.78 |
| Personal Pay | | | | | 269.24 |
| Safety Coord Bo | 07/18/2021-07/24/2021 | 0 | 0 | 180.00 | 954.00 |
| Salary Pay | 07/18/2021-07/24/2021 | 40 | 34.16 | 1,366.35 | 36,906.16 |
| STD (Grossed-up Amount) | 07/18/2021-07/24/2021 | 0 | 0 | 2.85 | 84.71 |
| Vacation | | | | | 2,443.28 |
| Earnings | | | | 1,549.89 | 44,459.64 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 86.73 | 2,475.40 |
| Medicare | 20.28 | 578.92 |
| Federal Withholding | 60.30 | 1,571.74 |
| State Tax - PA | 42.94 | 1,225.72 |
| SUI-Employee Paid - PA | 0.93 | 26.68 |
| City Tax - YORK | 17.48 | 499.01 |
| PA LST - YORK | 1.00 | 30.00 |
| Employee Taxes | 229.66 | 6,407.47 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Pre-Tax | 30.93 | 473.28 |
| Dental | 24.52 | 735.60 |
| Medical | 121.15 | 3,634.50 |
| Vision | 5.46 | 163.80 |
| Pre Tax Deductions | 182.06 | 5,007.18 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Loan Repayment (LOAN 1) | 20.88 | 626.40 |
| Employee AD&D | 0.06 | 1.80 |
| Long Term Disability - EE | 7.36 | 220.80 |
| Supplemental Life | 1.73 | 51.90 |
| Post Tax Deductions | 30.03 | 900.90 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401(k) Employer Match | 30.93 | 473.28 |
| Basic Life - ER | 1.63 | 48.90 |
| Medical ER | 264.71 | 7,941.30 |
| Employer Paid Benefits | 297.27 | 8,463.48 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,398.76 | 39,925.74 |
| Medicare - Taxable Wages | 1,398.76 | 39,925.74 |
| Federal Withholding - Taxable Wages | 1,367.83 | 39,452.46 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Birthday | 0 | 0 | 0 |
| Intermittent FMLA (Unpaid) | 0 | 0 | 0 |
| Details Not Displayed | 0 | 0 | 120 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| SANTANDER | Our joint Account | ******2719 | | 1,101.91 | USD |
| FIDELITY INVESTMENTS | FIDELITY INVESTMENTS ******0974 | ******0974 | | 5.54 | USD |