IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

JASON B. CAVANAUGH and
DEMI LYNN CAVANAUGH, f/k/a
DEMI LYNN RUPPERT

*Debtors*

v.

PENNYMAC LOAN SERVICES, LLC

JACK ZAHAROPOULOS CHAPTER
13 TRUSTEE,
*Respondents*

CASE NO. 1:21-bk-01678-HWV

CHAPTER 13

AFFIDAVIT OF GOOD FAITH

AND NOW, this 21 day of March, 2022, comes the Debtors, by and through their counsel, CGA Law Firm, E. Haley Rohrbaugh, Esquire, and do file the within Affidavit of Good Faith averring that:

1. On or about July 29, 2021, the Debtors filed a Voluntary Chapter 13 Bankruptcy.

2. The Debtor's Chapter 13 plan is based upon paying mortgage arrears and cram down the Debtors vehicle.

3. On or about March 2, 2022, Debtors received an offer and signed an Agreement of Sale. The sale price for the Property is $232,000.00.

4. The proposed sale price is based off an appraisal that was obtained in connection with Buyer's financing application, after payment of customary costs of sale, such as real property transfer tax and realtor commission.

5. The Debtors submit that the Sale Agreement is a negotiated, arm's length transaction in which the Buyer has at all times acted in good faith under the Abbotts Dairies standards. The Debtors thus request that the Court make a finding that the Buyer will have purchased the Real Property in good faith within the meaning of Section 363(m), and that the sale is to a good faith purchaser and for fair market value within the meaning of 11 U.S.C. 363(m) and In re Abbotts Dairies of Pennsylvania, Inc., 788 F.2nd 42(3rd Cir. 1986);

_____
Jason B. Cavanaugh

_____
Demi L. Cavanaugh

{02088389/1}