IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    JASON B. CAVANAUGH<br>    DEMI L. CAVANAUGH f/k/a<br>    DEMI LYN RUPPERT<br>               Debtors | Chapter 13 |
| JASON B. CAVANAUGH<br>DEMI L. CAVANAUGH f/k/a<br>DEMI LYN RUPPERT | Case No. 1:21-01678HWV |
|                Movants<br>v.<br>JACK N. ZAHAROPOULOS, ESQUIRE<br>CHAPTER 13 TRUSTEE and<br>PENNYMAC LOAN SERVICE, LLC<br>               Respondent | 11 U.S.C. § 363 |

ORDER GRANTING DEBTORS' MOTION FOR APPROVAL
OF SALE OF REAL ESTATE FREE AND CLEAR OF LIENS AND ENCUMBRANCES

UPON CONSIDERATION of a review of the Motion filed by the Debtors along with a Stipulation with Hampton Woods HOA approved by the Court in lieu of an objection, and after Notice to Creditors providing an opportunity to object, and after no objections having been filed, it is hereby

ORDERED that, along with the other outstanding liens described in the Motion, Hampton Wood HOA's lien will be paid in full from the closing proceeds pursuant to a proper payoff quote obtained prior to and good through the closing date. It is further

ORDERED that Debtors shall have ninety days from entry of the Order to sell the Real Estate Property. It is further

ORDERED that, effective immediately, the Debtors are permitted to sell the Property located at 18 Barberry Court, Manchester, PA 17345. The sale is to be free and clear of liens and encumbrances, the liens and encumbrances to be paid at settlement pursuant to the terms and conditions set forth in Debtors' Motion and Notice to Creditors along with the approved Stipulation of the Court.