

Haley Rohrbaugh, Attorney
hrohrbaugh@cgalaw.com
Ext. 136

April 6, 2022

Mr. Terrence S. Miller
Clerk of the Bankruptcy Court
228 Walnut Street, Room 320
Harrisburg, PA 17101

    Re:    **Jason B. Cavanaugh and Demi L. Cavanaugh**
             **Ch. 13, Case No. 1:21-01678-HWV**

Dear Mr. Miller:

Please change the address of the Debtor:

    New Mailing Address:
    Jason B Cavanaugh & Demi L. Cavanaugh
    11517 57th Street Circle East
    Parrish, Fla 34219

Sincerely,

*Haley Rohrbaugh*

Haley Rohrbaugh

EHR/emp