| In re: | Case No. 21-01678-HWV |
|---|---|
| Jason B. Cavanaugh | Chapter 13 |
| Demi L. Cavanaugh | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 04, 2022 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2022:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5427820 | + Email/PDF: ebnotices@pnmac.com | Apr 04 2022 18:43:48 | PENNYMAC LOAN SERVICES, LLC, ATTN: CORRESPONDENCE UNIT, PO BOX 514387, LOS ANGELES, CA 90051-4387 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2022                    Signature:              /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 1 Jason B. Cavanaugh hrohrbaugh@cgalaw.com kbrayboy@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com,ephillips@cgalaw.com |
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 2 Demi L. Cavanaugh hrohrbaugh@cgalaw.com kbrayboy@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com,ephillips@cgalaw.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |

Matthew G. Brushwood

     on behalf of Creditor Hampton Woods Homeowners Association mbrushwood@barley.com
ageoghegan@barley.com;cbrelje@barley.com;jrachor@barley.com

Rebecca Ann Solarz

     on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com

United States Trustee

     ustpregion03.ha.ecf@usdoj.gov


TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:
    JASON B. CAVANAUGH
    DEMI L. CAVANAUGH f/k/a
    DEMI LYN RUPPERT
            Debtors | Chapter 13

JASON B. CAVANAUGH
DEMI L. CAVANAUGH f/k/a
DEMI LYN RUPPERT
            Movants | Case No. 1:21-01678HWV

v. | 11 U.S.C. § 363

JACK N. ZAHAROPOULOS, ESQUIRE
CHAPTER 13 TRUSTEE and
PENNYMAC LOAN SERVICE, LLC
            Respondent

### ORDER GRANTING DEBTORS' MOTION FOR APPROVAL
### OF SALE OF REAL ESTATE FREE AND CLEAR OF LIENS AND ENCUMBRANCES

UPON CONSIDERATION of a review of the Motion filed by the Debtors along with a Stipulation with Hampton Woods HOA approved by the Court in lieu of an objection, and after Notice to Creditors providing an opportunity to object, and after no objections having been filed, it is hereby

ORDERED that, along with the other outstanding liens described in the Motion, Hampton Wood HOA's lien will be paid in full from the closing proceeds pursuant to a proper payoff quote obtained prior to and good through the closing date. It is further

ORDERED that Debtors shall have ninety days from entry of the Order to sell the Real Estate Property. It is further

ORDERED that, effective immediately, the Debtors are permitted to sell the Property located at 18 Barberry Court, Manchester, PA 17345. The sale is to be free and clear of liens and encumbrances, the liens and encumbrances to be paid at settlement pursuant to the terms and conditions set forth in Debtors' Motion and Notice to Creditors along with the approved Stipulation of the Court.

By the Court,

_Henry W. Van Eck_

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: April 4, 2022