## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jason B. Cavanaugh | |
| Demi L. Cavanaugh fka Demi Lyn Ruppert | |
| Debtor(s) | CHAPTER 13 |
| | |
| PENNYMAC LOAN SERVICES, LLC, its successors and/or assigns | |
| Movant | |
| vs. | NO. 21-01678 HWV |
| Jason B. Cavanaugh | |
| Demi L. Cavanaugh fka Demi Lyn Ruppert | |
| Debtor(s) | |
| | |
| Jack N. Zaharopoulos | |
| Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of PENNYMAC LOAN SERVICES, LLC, which was filed with the Court on or about **January 21, 2022, docket number 41**.

Respectfully submitted,


/s/ Rebecca A. Solarz, Esq.
_____
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: (215)-627-1322


Dated: May 18, 2022