UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JASON B. CAVANAUGH and : CHAPTER 13
DEMI L. CAVANAUGH :
   Debtors :
　　　　　　　　　　　　　　　　　　　　　　:
JACK N. ZAHAROPOULOS :
STANDING CHAPTER 13 TRUSTEE :
   Movant :
　　　　　　　　　　　　　　　　　　　　　　:
   vs. :
　　　　　　　　　　　　　　　　　　　　　　:
JASON B. CAVANAUGH and :
DEMI L. CAVANAUGH :
   Respondents : CASE NO.  1-21-bk-01678

TRUSTEE'S OBJECTION TO SECOND AMENDED CHAPTER 13 PLAN

     AND NOW, this   21st   day of November, 2022, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

     1.  The debtor has not demonstrated that all tax returns have been filed as required by § 1325(a)(9).

     WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

    a. Deny confirmation of debtor(s) plan.
    b. Dismiss or convert debtor(s) case.
    c. Provide such other relief as is equitable and just.

                       Respectfully submitted:

                       Jack N. Zaharopoulos
                       Standing Chapter 13 Trustee
                       8125 Adams Drive, Suite A
                       Hummelstown, PA 17036
                       (717) 566-6097

        BY:          /s/Douglas R. Roeder
                       Attorney for Trustee

CERTIFICATE OF SERVICE

    AND NOW, this   21st   day of November, 2022, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

E. Haley Rohrbaugh, Esquire
135 North George Street
York, PA   17401

               /s/Deborah A. Behney
               Office of Jack N. Zaharopoulos
               Standing Chapter 13 Trustee