# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | CASE NO: 21-01678 |
|---|---|
| Jason B. Cavanaugh<br>Demi L. Cavanaugh | **DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13<br>Judge: Judge Henry W. Van Eck |

On 4/5/2023, I did cause a copy of the following documents, described below,

Order Confirming Amended Chapter 13 Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/5/2023

/s/ E. Haley Rohrbaugh, Esquire
E. Haley Rohrbaugh, Esquire  323803
Attorney for Debtor
CGA Law Firm
135 N George Street
York, PA  17401
717 848 4900
kbrayboy@cgalaw.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Jason B. Cavanaugh
Demi L. Cavanaugh

CASE NO: 21-01678

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13
Judge: Judge Henry W. Van Eck

On 4/5/2023, a copy of the following documents, described below,

Order Confirming Amended Chapter 13 Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/5/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
E. Haley Rohrbaugh, Esquire
CGA Law Firm
135 N George Street
York, PA 17401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.
CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>03141<br>CASE 1-21-BK-01678-HWV<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>HARRISBURG<br>TUE DEC 7 09-59-37 EST 202 | AFFIRM INC<br>ATTN BANKRUPTCY<br>30 ISABELLA ST FLOOR 4<br>PITTSBURGH PA 15212-5862 | AMEX<br>ATTN BANKRUPTCY<br>P O BOX 981540<br>EL PASO TX 79998-1540 |
| AMERICAN EXPRESS NATIONAL BANK AENB<br>CO ZWICKER AND ASSOCIATES PC<br>ATTORNEYSAGENTS FOR CREDITOR<br>PO BOX 9043<br>ANDOVER MA 01810-0943 | AMERICAN EXPRESS NATIONAL BANK CO<br>ZWICKER<br>80 MINUTEMAN ROAD<br>PO BOX 9043<br>ANDOVER MA 01810-0943 | (P)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 |
| BUREAU OF ACCOUNT MANAGMENT<br>3607 ROSEMONT AVE STE 502<br>PO BOX 8875<br>CAMP HILL PA 17001-8875 | BUREAUS INVESTMENT GROUP PORTFOLIO NO<br>15 LLC<br>CO PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 | CAPITAL ONE<br>ATTN BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| (P)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | CITIBANK<br>CITICORP CREDIT SRVSCENTRALIZED BK DEPT<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | CREDIT ONE BANK<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 98873<br>LAS VEGAS NV 89193-8873 |
| CAPITAL ONE BANK (USA) NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 71083<br>CHARLOTTE NC 28272-1083 | EDUCATIONAL CREDIT MANAGEMENT<br>CORPORATION<br>PO BOX 16408<br>ST PAUL MN 55116-0408 | HUNTINGTON NATIONAL BANK<br>ATTN BANKRUPTCY<br>PO BOX 340996<br>COLUMBUS OH 43234-0996 |
| HYUNDAI CAPITAL AMERICA DBA<br>KIA MOTORS FINANCE<br>PO BOX 20825<br>FOUNTAIN VALLEY CA 92728-0825 | (P)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | JPMORGAN CHASE BANK NA<br>SBMT CHASE BANK USA NA<br>CO ROBERTSON ANSCHUTZ SCHNEID PL<br>6409 CONGRESS AVENUE SUITE 100<br>BOCA RATON FL 33487-2853 |
| KIA MOTORS FINANCE<br>ATTN BANKRUPTCY<br>PO BOX 20825<br>FOUNTAIN VALLEY CA 92728-0825 | KOHLSCAPITAL ONE<br>ATTN CREDIT ADMINISTRATOR<br>PO BOX 3043<br>MILWAUKEE WI 53201-3043 | KOHLS<br>PERITUS PORTFOLIO SERVICES II LLC<br>PO BOX 141509<br>IRVING TX 75014-1509 |
| LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | MEMBERS 1ST FCU<br>ATTN BANKRUPTCY<br>P P BOX 40<br>MECHANICSBURG PA 17055 | MIDLAND FUND<br>ATTN BANKRUPTCY<br>350 CAMINO DE LA REINE SUITE 100<br>SAN DIEGO CA 92108-3007 |
| MIDLAND CREDIT MANAGEMENT INC<br>PO BOX 2037<br>WARREN MI 48090-2037 | NAVIENT<br>ATTN BANKRUPTCY<br>PO BOX 9640<br>WILKES-BARRE PA 18773-9640 | PA DEPARTMENT OF REVENUE<br>PO BOX 281061<br>HARRISBURG PA 17128-1061 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

```
PENNYMAC LOAN SERVICES LLC          PRA RECEIVABLES MANAGEMENT LLC      PENNYMAC LOAN SERVICES LLC
ATTN CORRESPONDENCE UNIT            PO BOX 41021                        PO BOX 2410
PO BOX 514387                       NORFOLK VA 23541-1021               MOORPARK CA 93020-2410
LOS ANGELES CA 90051-4387


RASHMA K DHANDA ESQUIRE             SECRETARY OF TREASURY               REBECCA ANN SOLARZ
ZWICKER  ASSOCIATES PC              15TH  PENN AVENUE NW                KML LAW GROUP PC
3220 TILLMAN DRIVE SUITE 215        WASHINGTON DC 20220-0001            701 MARKET ST
BENSALEM PA 19020-2028                                                  SUITE 5000
                                                                        PHILADELPHIA PA 19106-1541


SYNCHRONY BANK                      TARGET                              THE BUREAUS INC
CO PRA RECEIVABLES MANAGEMENT LLC   CO FINANCIAL  RETAIL SERVICES       ATTN BANKRUPTCY
PO BOX 41021                        MAILSTOP BT PO BOX 9475             650 DUNDEE RD STE 370
NORFOLK VA 23541-1021               MINNEAPOLIS MN 55440-9475           NORTHBROOK IL 60062-2757


THE HUNTINGTON NATIONAL BANK        WELLS FARGO BANK NA                 WELLS FARGO BANK NA
P O BOX 89424                       1 HOME CAMPUS MAC X230301A          WELLS FARGO CARD SERVICES
CLEVELAND OH 44101-6424             3RD FLOOR                           PO BOX 10438 MAC F8235-02F
                                    DES MOINES IA 50328-0001            DES MOINES IA 50306-0438


YORK ADAMS TAX BUREAU
P O BOX  15627
YORK PA 17405-0156
```