UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: JASON B. CAVANAUGH and DEMI L. CAVANAUGH<br>    Debtor(s) | : | CHAPTER 13 |
| JACK N. ZAHAROPOULOS STANDING CHAPTER 13 TRUSTEE<br>    Movant | : | |
| vs. | : | |
| JASON B. CAVANAUGH and DEMI L. CAVANAUGH<br>    Respondent(s) | : | CASE NO. 1-21-bk-01678 |

WITHDRAWAL OF TRUSTEE'S OBJECTION TO
AMENDED CHAPTER 13 PLAN

AND NOW, this 24th day of October, 2023, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed on or about September 19, 2023 be withdrawn as all issues have been resolved.

Respectfully submitted:

/s/Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

CERTIFICATE OF SERVICE

AND NOW, this 24th day of October, 2023, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Erik Mark Helbing, Esquire
109 West Broad Street
Tamaqua, PA 18252

/s/Deborah A. DePalma
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee