United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Jason B. Cavanaugh  
Demi L. Cavanaugh  
    Debtors

Case No. 21-01678-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 4  
Date Rcvd: Jan 10, 2024     Form ID: pdf010     Total Noticed: 46

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**  
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jason B. Cavanaugh, Demi L. Cavanaugh, 11517 57th Street Circle East, Parrish, FL 34219-5819 |
| cr | + | Hampton Woods Homeowners Association, Century 21 Dale Property Management, 360 Loucks Road, York, PA 17404, UNITED STATES 17404-1723 |
| 5427799 | + | E. HALEY ROHRBAUGH, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5427798 | + | JASON B. CAVANAUGH, DEMI L. CAVANAUGH, 11517 57th Street Circle East, Parrish, FL 34219-5819 |
| 5427817 | | MEMBERS 1ST FCU, ATTN: BANKRUPTCY, P P BOX 40, MECHANICSBURG, PA 17055 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkfilings@zwickerpc.com | Jan 10 2024 18:40:00 | American Express National Bank, c/o Zwicker & Asso, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jan 11 2024 11:00:18 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5427804 | + | Email/Text: backoffice@affirm.com | Jan 10 2024 18:40:00 | AFFIRM, INC., ATTN: BANKRUPTCY, 30 ISABELLA ST, FLOOR 4, PITTSBURGH, PA 15212-5862 |
| 5427805 | + | Email/PDF: bncnotices@becket-lee.com | Jan 10 2024 18:52:54 | AMEX, ATTN: BANKRUPTCY, P O BOX 981540, EL PASO, TX 79998-1540 |
| 5428721 | + | Email/Text: bkfilings@zwickerpc.com | Jan 10 2024 18:40:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 5427807 | + | Email/Text: Bankruptcy@BAMcollections.com | Jan 10 2024 18:40:00 | BUREAU OF ACCOUNT MANAGMENT, 3607 ROSEMONT AVE STE 502, PO BOX 8875, CAMP HILL, PA 17001-8875 |
| 5439983 | + | Email/PDF: rmscedi@recoverycorp.com | Jan 11 2024 11:00:18 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 5427808 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 10 2024 18:52:54 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5427810 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 10 2024 18:52:49 | CITIBANK, CITICORP CREDIT SRVS/CENTRALIZED BK DEPT, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 5427811 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 10 2024 18:52:53 | CREDIT ONE BANK, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 5429814 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 10 2024 18:52:52 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| 5437218 | Email/Text: ECMCBKNotices@ecmc.org | Jan 10 2024 18:40:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 5427812 | + Email/Text: bankruptcy@huntington.com | Jan 10 2024 18:40:00 | HUNTINGTON NATIONAL BANK, ATTN: BANKRUPTCY, PO BOX 340996, COLUMBUS, OH 43234-0996 |
| 5435626 | + Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jan 10 2024 18:40:00 | HYUNDAI CAPITAL AMERICA DBA, KIA MOTORS FINANCE, PO BOX 20825, FOUNTAIN VALLEY, CA 92728-0825 |
| 5427802 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 10 2024 18:40:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5427813 | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 10 2024 18:40:00 | JEFFERSON CAPITAL SYSTEMS, LLC, ATTN: BANKRUPTCY, 16 MCLELAND ROAD, SAINT CLOUD, MN 56303 |
| 5438407 | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 10 2024 18:40:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 5427809 | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 10 2024 18:52:54 | CHASE CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 15298, WILMINGTON, DE 19850 |
| 5434692 | + Email/Text: RASEBN@raslg.com | Jan 10 2024 18:40:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5427814 | + Email/Text: EBNBKNOT@ford.com | Jan 10 2024 18:40:00 | KIA MOTORS FINANCE, ATTN: BANKRUPTCY, PO BOX 20825, FOUNTAIN VALLEY, CA 92728-0825 |
| 5427815 | + Email/Text: PBNCNotifications@peritusservices.com | Jan 10 2024 18:40:00 | KOHLS/CAPITAL ONE, ATTN: CREDIT ADMINISTRATOR, PO BOX 3043, MILWAUKEE, WI 53201-3043 |
| 5434707 | + Email/Text: PBNCNotifications@peritusservices.com | Jan 10 2024 18:40:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 5436658 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 10 2024 18:52:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5427816 | + Email/Text: unger@members1st.org | Jan 10 2024 18:40:00 | MEMBERS 1ST FCU, ATTN: BANKRUPTCY, PO BOX 40, MECHANICSBURG, PA 17055-0040 |
| 5427818 | + Email/Text: bankruptcydpt@mcmcg.com | Jan 10 2024 18:40:00 | MIDLAND FUND, ATTN: BANKRUPTCY, 350 CAMINO DE LA REINE, SUITE 100, SAN DIEGO, CA 92108-3007 |
| 5429124 | + Email/Text: bankruptcydpt@mcmcg.com | Jan 10 2024 18:40:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5427819 | + Email/PDF: pa_dc_claims@navient.com | Jan 10 2024 18:52:57 | NAVIENT, ATTN: BANKRUPTCY, PO BOX 9640, WILKES-BARRE, PA 18773-9640 |
| 5427801 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 10 2024 18:40:00 | PA DEPARTMENT OF REVENUE, PO BOX 281061, HARRISBURG, PA 17128-1061 |
| 5427820 | + Email/PDF: ebnotices@pnmac.com | Jan 10 2024 18:52:54 | PENNYMAC LOAN SERVICES, LLC, ATTN: CORRESPONDENCE UNIT, PO BOX 514387, LOS ANGELES, CA 90051-4387 |
| 5427806 | Email/Text: Bankruptcy.Notices@pnc.com | Jan 10 2024 18:40:00 | BBVA COMPASS, ATTN: BANKRUPTCY, P.O. BOX 10566, BIRMINGHAM, AL 35296 |
| 5440167 | Email/Text: Bankruptcy.Notices@pnc.com | Jan 10 2024 18:40:00 | BBVA USA, Bankruptcy Dept, P.O. Box 10566, Birmingham, AL 35296 |
| 5432656 | + Email/PDF: ebnotices@pnmac.com | Jan 10 2024 18:52:54 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 5427821 | + | Email/Text: bkfilings@zwickerpc.com | Jan 10 2024 18:40:00 | RASHMA K. DHANDA, ESQUIRE, ZWICKER & ASSOCIATES PC, 3220 TILLMAN DRIVE, SUITE 215, BENSALEM, PA 19020-2028 |
| 5427800 | + | Email/Text: karen.brown@treasury.gov | Jan 10 2024 18:40:00 | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |
| 5428211 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 10 2024 18:52:54 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5427822 | + | Email/Text: bncmail@w-legal.com | Jan 10 2024 18:40:00 | TARGET, C/O FINANCIAL & RETAIL SERVICES, MAILSTOP BT PO BOX 9475, MINNEAPOLIS, MN 55440-9475 |
| 5427823 | + | Email/Text: bnc-thebureaus@quantum3group.com | Jan 10 2024 18:40:00 | THE BUREAUS INC, ATTN: BANKRUPTCY, 650 DUNDEE RD, STE 370, NORTHBROOK, IL 60062-2757 |
| 5428930 | + | Email/Text: bankruptcy@huntington.com | Jan 10 2024 18:40:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 5427824 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 10 2024 18:52:48 | WELLS FARGO BANK NA, 1 HOME CAMPUS MAC X2303-01A, 3RD FLOOR, DES MOINES, IA 50328-0001 |
| 5429817 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 10 2024 18:52:49 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5427803 | | Email/Text: kcm@yatb.com | Jan 10 2024 18:40:00 | YORK ADAMS TAX BUREAU, P O BOX 15627, YORK, PA 17405-0156 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5429015 | *+ | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2024                Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian C Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |

| | |
|---|---|
| Denise E. Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 1 Jason B. Cavanaugh hrohrbaugh@cgalaw.com kbrayboy@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com,ephillips@cgalaw.com,imccauley@cgalaw.com |
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 2 Demi L. Cavanaugh hrohrbaugh@cgalaw.com kbrayboy@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com,ephillips@cgalaw.com,imccauley@cgalaw.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Matthew G. Brushwood | on behalf of Creditor Hampton Woods Homeowners Association mbrushwood@barley.com ageoghegan@barley.com;cbrelje@barley.com;jrachor@barley.com;dkline@barley.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
    Jason B. Cavanaugh :
    Demi L. Cavanaugh :
        Debtors : Case No. 1:21-01678-HWV

## ORDER

Upon consideration of the Motion to Suspend Plan Payments to the Trustee for the months of December 2023, January 2024 and February 2024, with these three months being paid over the life of the Plan, beginning in March 2024, Doc. 100, it is

**ORDERED** that the Motion is **GRANTED**.

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: January 10, 2024