In re:  Case No. 21-01678-HWV
Jason B. Cavanaugh  Chapter 13
Demi L. Cavanaugh
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 4
Date Rcvd: Apr 05, 2024      Form ID: pdf010      Total Noticed: 47

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Jason B. Cavanaugh, 11517 57th Street Circle East, Parrish, FL 34219-5819 |
| jdb | + | Demi L. Cavanaugh, 11517 57th Street Circle East, Parrish, FL 34219-5819 |
| cr | + | Hampton Woods Homeowners Association, Century 21 Dale Property Management, 360 Loucks Road, York, PA 17404, UNITED STATES 17404-1723 |
| 5427798 | + | JASON B. CAVANAUGH, DEMI L. CAVANAUGH, 11517 57th Street Circle East, Parrish, FL 34219-5819 |
| 5427817 | | MEMBERS 1ST FCU, ATTN: BANKRUPTCY, P P BOX 40, MECHANICSBURG, PA 17055 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkfilings@zwickerpc.com | Apr 05 2024 18:54:00 | American Express National Bank, c/o Zwicker & Asso, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 05 2024 18:57:28 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5427804 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 05 2024 19:08:01 | AFFIRM, INC., ATTN: BANKRUPTCY, 30 ISABELLA ST, FLOOR 4, PITTSBURGH, PA 15212-5862 |
| 5427805 | + | Email/PDF: bncnotices@becket-lee.com | Apr 05 2024 19:08:02 | AMEX, ATTN: BANKRUPTCY, P O BOX 981540, EL PASO, TX 79998-1540 |
| 5428721 | + | Email/Text: bkfilings@zwickerpc.com | Apr 05 2024 18:54:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 5427807 | + | Email/Text: Bankruptcy@BAMcollections.com | Apr 05 2024 18:53:00 | BUREAU OF ACCOUNT MANAGMENT, 3607 ROSEMONT AVE STE 502, PO BOX 8875, CAMP HILL, PA 17001-8875 |
| 5439983 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 05 2024 19:08:01 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 5427808 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 05 2024 18:56:48 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5427810 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 05 2024 19:07:57 | CITIBANK, CITICORP CREDIT SRVS/CENTRALIZED BK DEPT, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 5427811 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 05 2024 18:57:49 | CREDIT ONE BANK, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 5429814 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 05 2024 18:56:43 | Capital One Bank (USA), N.A., by American |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5427799 | + | Email/Text: hrohrbaugh@cgalaw.com | Apr 05 2024 18:53:00 | E. HALEY ROHRBAUGH, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5437218 | | Email/Text: ECMCBKNotices@ecmc.org | Apr 05 2024 18:53:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 5427812 | + | Email/Text: bankruptcy@huntington.com | Apr 05 2024 18:53:00 | HUNTINGTON NATIONAL BANK, ATTN: BANKRUPTCY, PO BOX 340996, COLUMBUS, OH 43234-0996 |
| 5435626 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Apr 05 2024 18:54:00 | HYUNDAI CAPITAL AMERICA DBA, KIA MOTORS FINANCE, PO BOX 20825, FOUNTAIN VALLEY, CA 92728-0825 |
| 5427802 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 05 2024 18:53:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5427813 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 05 2024 18:53:00 | JEFFERSON CAPITAL SYSTEMS, LLC, ATTN: BANKRUPTCY, 16 MCLELAND ROAD, SAINT CLOUD, MN 56303 |
| 5438407 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 05 2024 18:53:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 5427809 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 05 2024 18:57:43 | CHASE CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 15298, WILMINGTON, DE 19850 |
| 5434692 | + | Email/Text: RASEBN@raslg.com | Apr 05 2024 18:53:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5427814 | + | Email/Text: EBNBKNOT@ford.com | Apr 05 2024 18:54:00 | KIA MOTORS FINANCE, ATTN: BANKRUPTCY, PO BOX 20825, FOUNTAIN VALLEY, CA 92728-0825 |
| 5427815 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 05 2024 18:53:00 | KOHLS/CAPITAL ONE, ATTN: CREDIT ADMINISTRATOR, PO BOX 3043, MILWAUKEE, WI 53201-3043 |
| 5434707 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 05 2024 18:53:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 5436658 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 05 2024 19:08:00 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5427816 | + | Email/Text: unger@members1st.org | Apr 05 2024 18:54:00 | MEMBERS 1ST FCU, ATTN: BANKRUPTCY, PO BOX 40, MECHANICSBURG, PA 17055-0040 |
| 5427818 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 05 2024 18:53:00 | MIDLAND FUND, ATTN: BANKRUPTCY, 350 CAMINO DE LA REINE, SUITE 100, SAN DIEGO, CA 92108-3007 |
| 5429124 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 05 2024 18:53:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5427819 | + | Email/PDF: pa_dc_claims@navient.com | Apr 05 2024 18:57:29 | NAVIENT, ATTN: BANKRUPTCY, PO BOX 9640, WILKES-BARRE, PA 18773-9640 |
| 5427801 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 05 2024 18:53:00 | PA DEPARTMENT OF REVENUE, PO BOX 281061, HARRISBURG, PA 17128-1061 |
| 5427820 | + | Email/PDF: ebnotices@pnmac.com | Apr 05 2024 19:08:01 | PENNYMAC LOAN SERVICES, LLC, ATTN: CORRESPONDENCE UNIT, PO BOX 514387, LOS ANGELES, CA 90051-4387 |
| 5427806 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 05 2024 18:53:00 | BBVA COMPASS, ATTN: BANKRUPTCY, P.O. BOX 10566, BIRMINGHAM, AL 35296 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5440167 | | Email/Text: Bankruptcy.Notices@pnc.com Apr 05 2024 18:53:00 | | BBVA USA, Bankruptcy Dept, P.O. Box 10566, Birmingham, AL 35296 |
| 5432656 | + | Email/PDF: ebnotices@pnmac.com Apr 05 2024 19:07:57 | | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5427821 | + | Email/Text: bkfilings@zwickerpc.com Apr 05 2024 18:54:00 | | RASHMA K. DHANDA, ESQUIRE, ZWICKER & ASSOCIATES PC, 3220 TILLMAN DRIVE, SUITE 215, BENSALEM, PA 19020-2028 |
| 5427800 | + | Email/Text: karen.brown@treasury.gov Apr 05 2024 18:53:00 | | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |
| 5428211 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 05 2024 18:56:50 | | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5427822 | + | Email/Text: bncmail@w-legal.com Apr 05 2024 18:53:00 | | TARGET, C/O FINANCIAL & RETAIL SERVICES, MAILSTOP BT PO BOX 9475, MINNEAPOLIS, MN 55440-9475 |
| 5427823 | + | Email/Text: bnc-thebureaus@quantum3group.com Apr 05 2024 18:53:00 | | THE BUREAUS INC, ATTN: BANKRUPTCY, 650 DUNDEE RD, STE 370, NORTHBROOK, IL 60062-2757 |
| 5428930 | + | Email/Text: bankruptcy@huntington.com Apr 05 2024 18:53:00 | | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 5427824 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com Apr 05 2024 18:57:29 | | WELLS FARGO BANK NA, 1 HOME CAMPUS MAC X2303-01A, 3RD FLOOR, DES MOINES, IA 50328-0001 |
| 5429817 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com Apr 05 2024 19:07:56 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5427803 | | Email/Text: kcm@yatb.com Apr 05 2024 18:53:00 | | YORK ADAMS TAX BUREAU, P O BOX 15627, YORK, PA 17405-0156 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5429015 | *+ | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 07, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 1 Jason B. Cavanaugh hrohrbaugh@cgalaw.com kbrayboy@cgalaw.com,rminello@cgalaw.com,ephillips@cgalaw.com,rshearer@cgalaw.com |
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 2 Demi L. Cavanaugh hrohrbaugh@cgalaw.com kbrayboy@cgalaw.com,rminello@cgalaw.com,ephillips@cgalaw.com,rshearer@cgalaw.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Matthew G. Brushwood | on behalf of Creditor Hampton Woods Homeowners Association mbrushwood@barley.com ageoghegan@barley.com;cbrelje@barley.com;jrachor@barley.com;dkline@barley.com |
| Michael Patrick Farrington | on behalf of Creditor PENNYMAC LOAN SERVICES LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                         Chapter 13
   Jason B. Cavanaugh
   Demi L. Cavanaugh
           Debtors                     Case No. 1:21-01678-HWV

## ORDER

Upon consideration of the Second Motion filed by Debtors to suspend payments to the Trustee for the months of March 2024, April 2024 and May 2024, with these three months being paid over the life of the Plan, beginning in June 2024, Doc. 105, it is

**ORDERED** that the Motion is **GRANTED**.

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: April 5, 2024