UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>JASON B CAVANAUGH<br>DEMI L CAVANAUGH | CASE NO: 21-01678<br><br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br><br>Chapter: 13<br>Judge: Judge Henry W. Van Eck<br>Hearing Location: US Courthouse, 1501 North 6th Street, Bank. Ctrm 8, 4th Fl, Harrisburg,PA 17102<br>Hearing Date: July 16, 2024<br>Hearing Time: 9:30 am<br>Response Date: July 11, 2024 |

On 6/20/2024, I did cause a copy of the following documents, described below,

Notice of Second Application for Compensation and Expenses

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/20/2024

/s/ E. Haley Rohrbaugh, Esquire
E. Haley Rohrbaugh, Esquire  323803
Attorney for Debtor
CGA Law Firm
135 North George Street
York, PA  17401
717 848 4900
kbrayboy@cgalaw.com

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>JASON B CAVANAUGH<br>DEMI L CAVANAUGH | CASE NO: 21-01678<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13<br>Judge: Judge Henry W. Van Eck<br>Hearing Location: US Courthouse, 1501 North 6th Street, Bank. Ctrm 8, 4th Fl, Harrisburg,PA 17102<br>Hearing Date: July 16, 2024<br>Hearing Time: 9:30 am<br>Response Date: July 11, 2024 |

On 6/20/2024, a copy of the following documents, described below,

Notice of Second Application for Compensation and Expenses

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/20/2024

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
E. Haley Rohrbaugh, Esquire
CGA Law Firm
135 North George Street
York, PA  17401

Case 1:21-bk-01678-HWV    Doc 110    Filed 06/20/24    Entered 06/20/24 14:59:58    Desc
Main Document      Page 2 of 4

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 21-01678
MIDDLE DISTRICT OF PENNSYLVANIA
THU JUN 20 10-30-3 PST 2024

AMERICAN EXPRESS NATIONAL BANK CO
ZWICKER
80 MINUTEMAN ROAD
PO BOX 9043
ANDOVER MA 01810-0943

HAMPTON WOODS HOMEOWNERS ASSOCIATION
CENTURY 21 DALE PROPERTY MANAGEMENT
360 LOUCKS ROAD
YORK PA 17404-1723

~~EXCLUDE~~
~~(U)PENNYMAC LOAN SERVICES LLC~~

PRA RECEIVABLES MANAGEMENT LLC
PO BOX 41021
NORFOLK VA 23541-1021

UNITED STATES TRUSTEE
US COURTHOUSE
1501 N 6TH ST
HARRISBURG PA 17102-1104

~~EXCLUDE~~
~~US BANKRUPTCY COURT~~
~~SYLVIA H RAMBO US COURTHOUSE~~
~~1501 N 6TH STREET~~
~~HARRISBURG PA 17102-1104~~

AFFIRM INC
ATTN BANKRUPTCY
30 ISABELLA ST FLOOR 4
PITTSBURGH PA 15212-5862

AMEX
ATTN BANKRUPTCY
P O BOX 981540
EL PASO TX 79998-1540

AMERICAN EXPRESS NATIONAL BANK AENB
CO ZWICKER AND ASSOCIATES PC
ATTORNEYSAGENTS FOR CREDITOR
PO BOX 9043
ANDOVER MA 01810-0943

(P)PNC BANK RETAIL LENDING
P O BOX 94982
CLEVELAND OH 44101-4982

~~EXCLUDE~~
~~(D)(P)PNC BANK RETAIL LENDING~~
~~P O BOX 94982~~
~~CLEVELAND OH 44101-4982~~

BUREAU OF ACCOUNT MANAGMENT
3607 ROSEMONT AVE STE 502
PO BOX 8875
CAMP HILL PA 17001-8875

BUREAUS INVESTMENT GROUP PORTFOLIO NO
15 LLC
CO PRA RECEIVABLES MANAGEMENT LLC
PO BOX 41021
NORFOLK VA 23541-1021

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY UT 84130-0285

(P)JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

CITIBANK
CITICORP CREDIT SRVSCENTRALIZED BK DEPT
PO BOX 790034
ST LOUIS MO 63179-0034

CREDIT ONE BANK
ATTN BANKRUPTCY DEPARTMENT
PO BOX 98873
LAS VEGAS NV 89193-8873

CAPITAL ONE BANK (USA) NA
BY AMERICAN INFOSOURCE AS AGENT
PO BOX 71083
CHARLOTTE NC 28272-1083

E HALEY ROHRBAUGH
CGA LAW FIRM
135 NORTH GEORGE STREET
YORK PA 17401-1132

EDUCATIONAL CREDIT MANAGEMENT
CORPORATION
PO BOX 16408
ST PAUL MN 55116-0408

HUNTINGTON NATIONAL BANK
ATTN BANKRUPTCY
PO BOX 340996
COLUMBUS OH 43234-0996

HYUNDAI CAPITAL AMERICA DBA
KIA MOTORS FINANCE
PO BOX 20825
FOUNTAIN VALLEY CA 92728-0825

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA PA 19101-7346

DEBTOR
JASON B CAVANAUGH
DEMI L CAVANAUGH
11517 57TH STREET CIRCLE EAST
PARRISH FL 34219-5819

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

JPMORGAN CHASE BANK NA
SBMT CHASE BANK USA NA
CO ROBERTSON ANSCHUTZ SCHNEID PL
6409 CONGRESS AVENUE SUITE 100
BOCA RATON FL 33487-2853

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

EXCLUDE

(D)(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

KIA MOTORS FINANCE
ATTN BANKRUPTCY
PO BOX 20825
FOUNTAIN VALLEY CA 92728-0825

KOHLSCAPITAL ONE
ATTN CREDIT ADMINISTRATOR
PO BOX 3043
MILWAUKEE WI 53201-3043

KOHLS
PERITUS PORTFOLIO SERVICES II LLC
PO BOX 141509
IRVING TX 75014-1509

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

MEMBERS 1ST FCU
ATTN BANKRUPTCY
P P BOX 40
MECHANICSBURG PA 17055

MEMBERS 1ST FCU
ATTN BANKRUPTCY
PO BOX 40
MECHANICSBURG PA 17055-0040

MIDLAND FUND
ATTN BANKRUPTCY
350 CAMINO DE LA REINE SUITE 100
SAN DIEGO CA 92108-3007

MIDLAND CREDIT MANAGEMENT INC
PO BOX 2037
WARREN MI 48090-2037

NAVIENT
ATTN BANKRUPTCY
PO BOX 9640
WILKES-BARRE PA 18773-9640

PA DEPARTMENT OF REVENUE
PO BOX 281061
HARRISBURG PA 17128-1061

PENNYMAC LOAN SERVICES LLC
ATTN CORRESPONDENCE UNIT
PO BOX 514387
LOS ANGELES CA 90051-4387

PENNYMAC LOAN SERVICES LLC
PO BOX 2410
MOORPARK CA 93020-2410

RASHMA K DHANDA ESQUIRE
ZWICKER ASSOCIATES PC
3220 TILLMAN DRIVE SUITE 215
BENSALEM PA 19020-2028

SECRETARY OF TREASURY
15TH PENN AVENUE NW
WASHINGTON DC 20220-0001

SYNCHRONY BANK
CO PRA RECEIVABLES MANAGEMENT LLC
PO BOX 41021
NORFOLK VA 23541-1021

TARGET
CO FINANCIAL RETAIL SERVICES
MAILSTOP BT PO BOX 9475
MINNEAPOLIS MN 55440-9475

THE BUREAUS INC
ATTN BANKRUPTCY
650 DUNDEE RD STE 370
NORTHBROOK IL 60062-2757

THE HUNTINGTON NATIONAL BANK
P O BOX 89424
CLEVELAND OH 44101-6424

WELLS FARGO BANK NA
1 HOME CAMPUS MAC X230301A
3RD FLOOR
DES MOINES IA 50328-0001

WELLS FARGO BANK NA
WELLS FARGO CARD SERVICES
PO BOX 10438 MAC F8235-02F
DES MOINES IA 50306-0438

YORK ADAMS TAX BUREAU
P O BOX 15627
YORK PA 17405-0156

DEMI L CAVANAUGH
11517 57TH STREET CIRCLE EAST
PARRISH FL 34219-5819

ELIZABETH HALEY ROHRBAUGH
CGA LAW FIRM
135 N GEORGE STREET
YORK PA 17401-1132

(P)JACK N ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

DEBTOR
JASON B CAVANAUGH
11517 57TH STREET CIRCLE EAST
PARRISH FL 34219-5819