IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                          :
    Jason B. Cavanaugh                      :
    Demi L. Cavanaugh                       :      Chapter 13
                Debtors         :      Case No. 1:21-01678-HWV

ORDER APPROVING THE PAYMENT OF COUNSEL FEES
TO CGA LAW FIRM AS A CHAPTER 13 ADMINISTRATIVE EXPENSES

UPON CONSIDERATION OF a review of the application filed by E. Haley Rohrbaugh, Esquire, counsel for the above Debtor, and upon a review of the record revealing that Notice was given to all creditors and other parties in interest and no objections have been received within the twenty (21) days- notice period, it is hereby

ORDERED that counsel fees for legal services rendered by said counsel to the Debtor and for reimbursement to said counsel for out-of-pocket expenses incurred from October 5, 2021, through September 12, 2023, in the amount of $4,283.10, are hereby approved for services rendered and expenses incurred by CGA Law Firm as a Chapter 13 Administrative Expense. It is further

ORDERED that after $4,582.20 previously received from the Chapter 13 Trustee, the Standing Chapter 13 Trustee is directed to pay $4,283.10 from the funds that the Trustee has on hand to Debtor's Counsel

{02467311/1}