

November 8, 2024

Mr. Terrence S. Miller
Clerk of the Bankruptcy Court
Sylvia H. Rambo U.S. Courthouse
1501 North 6th Street
Harrisburg, PA 17102

Re: **Jason B. Cavanaugh and Demi L. Cavanaugh
Ch. 13, Case No. 1:21-01678-HWV**

Dear Mr. Miller:

Please change the address of the Debtor:

New Mailing Address:
Jason B Cavanaugh
3412 Clarinda Street
Sarasota, FL 34239

Sincerely,

Haley Rohrbaugh
EHR/klb

YORK OFFICE
135 N. George Street, York, PA 17401
(717) 848-4900

EAST BERLIN OFFICE
106 Harrisburg Street, P.O. Box 606, East Berlin, PA 17316
(717) 259-9592

HANOVER OFFICE
215 Broadway, Hanover, PA 17331
(717) 632-0067

www.cgalaw.com

Case 1:21-bk-01678-HWV    Doc 117    Filed 11/08/24    Entered 11/08/24 10:18:46    Desc
Main Document    Page 1 of 1