UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: JASON B. CAVANAUGH and DEMI L. CAVANAUGH, Debtors | : : : : | CHAPTER 13 |
| JACK N. ZAHAROPOULOS, STANDING CHAPTER 13 TRUSTEE, Movant | : : : : | |
| vs. | : : | |
| JASON B. CAVANAUGH and DEMI L. CAVANAUGH, Respondents | : : : | CASE NO. 1-21-bk-01678-HWV |

TRUSTEE'S OBJECTION TO FOURTH AMENDED CHAPTER 13 PLAN

AND NOW, this 10th day of December, 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, who objects to the confirmation of the above-referenced Debtors' Plan for the following reason:

1. The Trustee avers that the Debtors' Plan is not feasible based upon the following:

   a. Insufficient Monthly Net Income as indicated on Schedules I and J.

WHEREFORE, the Trustee alleges and avers that the Debtors' Plan cannot be confirmed, and therefore, the Trustee prays that this Honorable Court will:

   a. deny confirmation of the Debtors' Plan;
   b. dismiss or convert the Debtors' case; and
   c. provide such other relief as is equitable and just.

Respectfully submitted:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY:   /s/Douglas R. Roeder, Esquire
      Attorney for Trustee

## CERTIFICATE OF SERVICE

        AND NOW, this 10th day of December, 2024, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first-class mail, addressed to the following:

E. Haley Rohrbaugh, Esquire
CGA Law Firm
135 North George Street
York, PA 17401

                                             /s/Derek M. Strouphauer, Paralegal
                                             Office of Jack N. Zaharopoulos
                                             Standing Chapter 13 Trustee