UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
|     JASON B. CAVANAUGH and | : | |
|     DEMI L. CAVANAUGH, FKA | : | |
|     DEMI LYN RUPPERT, | : | |
|         Debtors | : | |
| | : | |
|     JACK N. ZAHAROPOULOS | : | |
|     STANDING CHAPTER 13 TRUSTEE | : | |
|         Objectant | : | |
| | : | |
|     vs. | : | CASE NO. 1:21-bk-01678-HWV |
| | : | |
|     E. HALEY ROHRBAUGH, ESQUIRE | : | TRUSTEE'S OBJECTION TO |
|         Applicant | : | THIRD FEE APPLICATION |

## **ORDER**

AND NOW, upon consideration of the Trustee's Objection to Application of Attorney for Chapter 13 Debtors for Compensation and Reimbursement of Expenses, and all other matters of record, it is hereby ORDERED AND DECREED the attorney fees sought in the Third Application of Attorney for Chapter 13 Debtors for Compensation and Reimbursement of Expenses are hereby ADJUSTED AS FOLLOWS: