IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Jason B. Cavanaugh | : | Chapter 13 |
| Demi L. Cavanaugh | : | |
| Debtor(s) | : | Case No. 1:21-bk-01678-HWV |
| | : | |

ORDER APPROVING THE PAYMENT OF COUNSEL FEES
TO CGA LAW FIRM AS A CHAPTER 13 ADMINISTRATIVE EXPENSES

UPON CONSIDERATION OF a review of the Third fee application filed by E. Haley Rohrbaugh, Esquire, counsel for the above Debtor, and upon a review of the record revealing that Notice was given to all creditors and other parties in interest and no objections have been received within the twenty-one (21) days' notice period, it is hereby

ORDERED that counsel fees for the period of time beginning October 19, 2023 through November 8, 2024, in the amount of $1,995.00 for legal services rendered by said counsel to the Debtor; and for reimbursement to said counsel for out-of-pocket expenses incurred from October 19, 2023 through November 8, 2024, in the amount of $181.88 for a total award of $2,176.88 are hereby approved for services rendered and expenses incurred by CGA Law Firm as a Chapter 13 Administrative Expense. It is further

ORDERED that after receipt of $513.00 from the Debtor, and $6,376.20 previously received from the Chapter 13 Trustee, and in addition to the remaining balance from the previously approved Fee Application, the Standing Chapter 13 Trustee is directed to pay $2,176.88 from the funds that the Trustee has on hand to Debtor's Counsel.