In re:  
Jason B. Cavanaugh  
Demi L. Cavanaugh  
    Debtors

Case No. 21-01678-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 4  
Date Rcvd: Apr 16, 2025      Form ID: ordsmiss      Total Noticed: 47

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2025:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Jason B. Cavanaugh, 3412 Clarinda Street, Sarasota, FL 34239-7435 |
| jdb | + | Demi L. Cavanaugh, 11517 57th Street Circle East, Parrish, FL 34219-5819 |
| cr | + | Hampton Woods Homeowners Association, Century 21 Dale Property Management, 360 Loucks Road, York, PA 17404, UNITED STATES 17404-1723 |
| 5427798 | + | JASON B. CAVANAUGH, DEMI L. CAVANAUGH, 11517 57th Street Circle East, Parrish, FL 34219-5819 |
| 5427814 | + | KIA MOTORS FINANCE, ATTN: BANKRUPTCY, PO BOX 20825, FOUNTAIN VALLEY, CA 92728-0825 |
| 5434707 | + | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 5427817 | | MEMBERS 1ST FCU, ATTN: BANKRUPTCY, P P BOX 40, MECHANICSBURG, PA 17055 |
| 5427800 | + | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | Email/Text: bkfilings@zwickerpc.com | Apr 16 2025 18:51:00 | American Express National Bank, c/o Zwicker & Asso, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| cr | + | EDI: PRA.COM | Apr 16 2025 22:45:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5427804 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 16 2025 19:01:44 | AFFIRM, INC., ATTN: BANKRUPTCY, 30 ISABELLA ST, FLOOR 4, PITTSBURGH, PA 15212-5862 |
| 5427805 | + | Email/PDF: bncnotices@becket-lee.com | Apr 16 2025 19:01:16 | AMEX, ATTN: BANKRUPTCY, P O BOX 981540, EL PASO, TX 79998-1540 |
| 5428721 | + | Email/Text: bkfilings@zwickerpc.com | Apr 16 2025 18:51:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 5427807 | + | Email/Text: Bankruptcy@BAMcollections.com | Apr 16 2025 18:51:00 | BUREAU OF ACCOUNT MANAGMENT, 3607 ROSEMONT AVE STE 502, PO BOX 8875, CAMP HILL, PA 17001-8875 |
| 5439983 | + | EDI: PRA.COM | Apr 16 2025 22:45:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 5427808 | + | EDI: CAPITALONE.COM | Apr 16 2025 22:45:00 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5427809 | + | EDI: JPMORGANCHASE | Apr 16 2025 22:44:00 | CHASE CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 15298, WILMINGTON, DE 19850-5298 |
| 5427810 | + | EDI: CITICORP | Apr 16 2025 22:45:00 | CITIBANK, CITICORP CREDIT SRVS/CENTRALIZED BK DEPT, PO BOX |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 790034, ST LOUIS, MO 63179-0034 |
| 5427811 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 16 2025 19:00:29 | CREDIT ONE BANK, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 5429814 | | EDI: CAPITALONE.COM | Apr 16 2025 22:45:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5427799 | + | Email/Text: hrohrbaugh@cgalaw.com | Apr 16 2025 18:51:00 | E. HALEY ROHRBAUGH, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5437218 | | Email/Text: ECMCBKNotices@ecmc.org | Apr 16 2025 18:51:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 5427812 | + | Email/Text: bankruptcy@huntington.com | Apr 16 2025 18:51:00 | HUNTINGTON NATIONAL BANK, ATTN: BANKRUPTCY, PO BOX 340996, COLUMBUS, OH 43234-0996 |
| 5435626 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Apr 16 2025 18:51:00 | HYUNDAI CAPITAL AMERICA DBA, KIA MOTORS FINANCE, PO BOX 20825, FOUNTAIN VALLEY, CA 92728-0825 |
| 5427802 | | EDI: IRS.COM | Apr 16 2025 22:45:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5427813 | | EDI: JEFFERSONCAP.COM | Apr 16 2025 22:45:00 | JEFFERSON CAPITAL SYSTEMS, LLC, ATTN: BANKRUPTCY, 16 MCLELAND ROAD, SAINT CLOUD, MN 56303 |
| 5438407 | | EDI: JEFFERSONCAP.COM | Apr 16 2025 22:45:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 5434692 | + | Email/Text: RASEBN@raslg.com | Apr 16 2025 18:51:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5427815 | + | EDI: CAPITALONE.COM | Apr 16 2025 22:45:00 | KOHLS/CAPITAL ONE, ATTN: CREDIT ADMINISTRATOR, PO BOX 3043, MILWAUKEE, WI 53201-3043 |
| 5436658 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 16 2025 19:00:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5427816 | + | Email/Text: unger@members1st.org | Apr 16 2025 18:51:00 | MEMBERS 1ST FCU, ATTN: BANKRUPTCY, PO BOX 40, MECHANICSBURG, PA 17055-0040 |
| 5427818 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 16 2025 18:51:00 | MIDLAND FUND, ATTN: BANKRUPTCY, 350 CAMINO DE LA REINE, SUITE 100, SAN DIEGO, CA 92108-3007 |
| 5429124 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 16 2025 18:51:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5427819 | + | Email/PDF: bankruptcy_prod@navient.com | Apr 16 2025 18:49:40 | NAVIENT, ATTN: BANKRUPTCY, PO BOX 9640, WILKES-BARRE, PA 18773-9640 |
| 5427801 | + | EDI: PENNDEPTREV | Apr 16 2025 22:45:00 | PA DEPARTMENT OF REVENUE, PO BOX 281061, HARRISBURG, PA 17128-1061 |
| 5427820 | + | Email/PDF: ebnotices@pnmac.com | Apr 16 2025 19:00:31 | PENNYMAC LOAN SERVICES, LLC, ATTN: CORRESPONDENCE UNIT, PO BOX 514387, LOS ANGELES, CA 90051-4387 |
| 5427806 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 16 2025 18:51:00 | BBVA COMPASS, ATTN: BANKRUPTCY, P.O. BOX 10566, BIRMINGHAM, AL 35296 |
| 5440167 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 16 2025 18:51:00 | BBVA USA, Bankruptcy Dept, P.O. Box 10566, Birmingham, AL 35296 |
| 5432656 | + | Email/PDF: ebnotices@pnmac.com | | |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 16 2025 19:01:34 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5427821 | + | Email/Text: bkfilings@zwickerpc.com | Apr 16 2025 18:51:00 | RASHMA K. DHANDA, ESQUIRE, ZWICKER & ASSOCIATES PC, 3220 TILLMAN DRIVE, SUITE 215, BENSALEM, PA 19020-2028 |
| 5428211 | ^ | MEBN | Apr 16 2025 18:47:45 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5427822 | + | EDI: WTRRNBANK.COM | Apr 16 2025 22:45:00 | TARGET, C/O FINANCIAL & RETAIL SERVICES, MAILSTOP BT PO BOX 9475, MINNEAPOLIS, MN 55440-9475 |
| 5427823 | + | EDI: Q3GTBI | Apr 16 2025 22:45:00 | THE BUREAUS INC, ATTN: BANKRUPTCY, 650 DUNDEE RD, STE 370, NORTHBROOK, IL 60062-2757 |
| 5428930 | + | Email/Text: bankruptcy@huntington.com | Apr 16 2025 18:51:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 5427824 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Apr 16 2025 19:00:48 | WELLS FARGO BANK NA, 1 HOME CAMPUS MAC X2303-01A, 3RD FLOOR, DES MOINES, IA 50328-0001 |
| 5429817 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Apr 16 2025 19:01:53 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5427803 | | Email/Text: kcm@yatb.com | Apr 16 2025 18:51:00 | YORK ADAMS TAX BUREAU, P O BOX 15627, YORK, PA 17405-0156 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5429015 | *+ | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 18, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth Haley Rohrbaugh | |

| | |
|---|---|
| | on behalf of Debtor 1 Jason B. Cavanaugh hrohrbaugh@cgalaw.com kbrayboy@cgalaw.com,rminello@cgalaw.com,ephillips@cgalaw.com,rshearer@cgalaw.com,jhall@cgalaw.com |
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 2 Demi L. Cavanaugh hrohrbaugh@cgalaw.com kbrayboy@cgalaw.com,rminello@cgalaw.com,ephillips@cgalaw.com,rshearer@cgalaw.com,jhall@cgalaw.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew G. Brushwood | on behalf of Creditor Hampton Woods Homeowners Association mbrushwood@barley.com ageoghegan@barley.com;cbrelje@barley.com;jrachor@barley.com;dkline@barley.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Jason B. Cavanaugh,

    **Debtor 1**

Demi L. Cavanaugh,
fka Demi Lyn Ruppert,

    **Debtor 2**

Chapter 13

Case No. 1:21–bk–01678–HWV

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*/s/ Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: April 16, 2025

ordsmiss (05/18)